# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARENDI S.A.R.L., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MOTOROLA MOBILITY LLC ) <br> f/k/a MOTOROLA MOBILITY, INC., ) <br> ) <br> Defendant. ) | C.A. No. 12-1601-JLH <br><br> **JURY TRIAL DEMANDED** |
| ARENDI S.A.R.L., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GOOGLE LLC, ) <br> ) <br> Defendant. ) | C.A. No. 13-919-JLH <br><br> **JURY TRIAL DEMANDED** |

**JOINT STIPULATION AND [PROPOSED] ORDER**
**REGARDING SCHEDULE FOR PRETRIAL EXCHANGES**

WHEREAS, the Court previously entered a Supplemental Scheduling Order (D.I. 405; C.A. No. 12-1601 and D.I. 412; C.A. No. 13-919), setting dates for the Pretrial Order and other deadlines, with trial to begin on April 24, 2023;

WHEREAS, the parties in the above-captioned cases have negotiated dates for the exchange and submission of pretrial documents;

WHEREAS, the agreed proposed schedule does not alter any deadlines set by the Court;

IT IS HEREBY STIPULATED AND AGREED by and between the parties, and subject to the approval of the Court, that the following schedule applies:

| Event | Date |
|---|---|
| Arendi provides draft joint pretrial order | February 24, 2023 |
| Parties exchange witness lists, deposition designations, and exhibit lists | February 24, 2023 |
| Parties exchange electronic copies of exhibits | March 1, 2023 |
| Arendi provides proposed jury instructions, voir dire, and special verdict forms | March 3, 2023 |
| Parties meet and confer regarding potential motions *in limine* | March 6, 2023 |
| Parties exchange motions *in limine* | March 13, 2023 |
| Defendants provide revised draft joint pretrial order | March 13, 2023 |
| Parties exchange objections and counter-designations to deposition designations | March 17, 2023 |
| Defendants provide revised proposed jury instructions, voir dire, and special verdict forms | March 22, 2023 |
| Parties exchange objections to exhibit lists | March 24, 2023 |
| Parties exchange oppositions to motions *in limine* | March 24, 2023 |
| Parties exchange objections to deposition counter-designations | March 24, 2023 |
| Parties file Pretrial Order (including MILs) | March 27, 2023 |
| Parties file Jury Instructions/Voir Dire/Special Verdict Forms | April 5, 2023 |
| Pre-Trial Conference | April 10, 2023 at 3:00 pm |
| Parties submit glossary of terms to court reporter | April 21, 2023 |
| Parties submit Form AO-187 exhibit and witness list to courtroom deputy | April 21, 2023 |
| Trial | April 24, 2023 – 5 days |

SMITH, KATZENSTEIN & JENKINS LLP

*/s/ Eve H. Omerod*
Neal C. Belgaum (No. 2721)
Eve H. Ormerod (No. 5369)
1000 West Street, Suite 1501
Wilmington, DE 19801
Tel: (302) 652-8400
nbelgam@skjlaw.com
eormerod@skjlaw.com

*Attorneys for Plaintiff Arendi S.A.R.L.*

Dated: February 8, 2023

POTTER ANDERSON & CORROON LLP

*/s/ Bindu A. Palapura*
David E. Moore (#3983)
Bindu A. Palapura (#5370)
Andrew L. Brown (#6766)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
abrown@potteranderson.com

*Attorneys for Defendants*
*Motorola Mobility LLC f/k/a Motorola*
*Mobility, Inc. and Google LLC*

IT IS SO ORDERED this 13th day of February 2023.

_____
The Honorable Jennifer L. Hall

10592398