## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARENDI S.A.R.L., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 13-919-JLH |
| v. | ) |
| | ) |
| GOOGLE LLC, | ) |
| | ) |
| Defendant. | ) |

## VERDICT FORM

**Instructions**: When answering the following questions and completing this Verdict Form, please follow the directions provided and follow the Jury Instructions that you have been given. Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

As used herein:

1. "Arendi" refers to Plaintiff Arendi S.A.R.L.;

2. "Google" refers to Defendant Google LLC; and

3. The "'843 Patent" refers to U.S. Patent No. 7,917,843.

**A. Infringement**

**Question No. 1A – Direct Infringement:**

Did Arendi prove, by a preponderance of the evidence, that Google directly infringed any of the following claims of the '843 Patent?

"Yes" is a finding in favor of Arendi.

"No" is a finding in favor of Google.

|  | YES (for Arendi) | NO (for Google) |
|---|---|---|
| Claim 23 |  |  |
| Claim 30 |  |  |

**Question No. 1B – Induced Infringement:**

Did Arendi prove, by a preponderance of the evidence, that Google is liable for inducing infringement of any of the following claims of the '843 Patent by third-party use of any of the accused applications?

"Yes" is a finding in favor of Arendi.

"No" is a finding in favor of Google.

|  | YES (for Arendi) | NO (for Google) |
|---|---|---|
| Claim 23 |  |  |
| Claim 30 |  |  |

**Question No. 1C – Contributory Infringement:**

Did Arendi prove, by a preponderance of the evidence, that Google is liable for contributory infringement of any of the following claims of the '843 Patent?

"Yes" is a finding in favor of Arendi.

"No" is a finding in favor of Google.

|  | YES<br>(for Arendi) | NO<br>(for Google) |
|---|---|---|
| Claim 23 |  |  |
| Claim 30 |  |  |

**B. Invalidity**

**Question No. 2A – Anticipation:**

Did Google prove, by clear and convincing evidence, that any of the following claims of the '843 Patent are invalid as anticipated by prior art?

"Yes" is a finding in favor of Google.

"No" is a finding in favor of Arendi.

|  | YES (for Google) | NO (for Arendi) |
|---|---|---|
| Claim 23 |  |  |
| Claim 30 |  |  |

**Question No. 2B – Obviousness:**

Did Google prove, by clear and convincing evidence, that any of the following claims of the '843 Patent are invalid as obvious in view of prior art?

"Yes" is a finding in favor of Google.

"No" is a finding in favor of Arendi.

|  | YES (for Google) | NO (for Arendi) |
|---|---|---|
| Claim 23 |  |  |
| Claim 30 |  |  |

4

**If you answered "YES" in Question No. 1A, 1B, or 1C (Infringement Section) as to any patent claim AND answered "NO" in all of Question Nos. 2A and 2B (Invalidity Section) as to that same patent claim (*i.e.*, you determined that at least one claim is infringed and not invalid), proceed to Questions 3, 4, 5, and 6.**

**Otherwise, skip and DO NOT answer Questions 3,4, 5, and 6 and instead please proceed directly to the final page of this Verdict Form and sign and date that page.**

**C. Damages**

**Question No. 3:**

For any infringement you found in Question Nos. 1A-1C what is the earliest possible date of first

infringement?

    "August 21, 2017" is a finding in favor of Arendi.

    "December 5, 2017" is a finding in favor of Google.


    August 21, 2017: _____   or December 5, 2017: _____

**Question No. 4:**

What amount of damages, if any, has Arendi proven, by a preponderance of the evidence, that it

is entitled to as a reasonable royalty for Google's infringement of the '843 Patent?

    Answer: $ _____

**Question No. 5:**

Does the amount you have determined in response to Question No. 4 include damages for Google

apps installed on Samsung devices?

    "Yes" is a finding in favor of Arendi.

    "No" is a finding in favor of Google.


    Yes: _____     No: _____

**D. Willfulness**

**Question No. 6:**

Did Arendi prove by a preponderance of the evidence that Google's infringement of any of the claims of the '843 Patent was willful?

"Yes" is a finding in favor of Arendi.

"No" is a finding in favor of Google.

**Yes:** _____   **No:** _____

You have now reached the end of the verdict form and you should review it to ensure that it entirely reflects your unanimous determinations. The Foreperson should then sign the verdict form in the space below and notify the Court Security Officer that you have reached a verdict. The Foreperson should retain possession of the verdict form and bring it to the courtroom with the jury.

Signed: _____

Dated: _____