IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARENDI S.A.R.L., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 13-919-JLH ) |
| GOOGLE LLC, | ) ) |
| Defendant. | ) ) |

## VERDICT FORM

**Instructions**: When answering the following questions and completing this Verdict Form, please follow the directions provided and follow the Jury Instructions that you have been given. Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

As used herein:

1. "Arendi" refers to Plaintiff Arendi S.A.R.L.;

2. "Google" refers to Defendant Google LLC;

3. The "'843 Patent" refers to U.S. Patent No. 7,917,843.

4. "Accused Products" refers to

    a. Google's Pixel 2, Pixel 2 XL, Pixel 3, and Pixel 3 XL Smartphones

    b. Google Docs, Google Sheets, Google Slides, Google Chrome, Gmail, Inbox by Gmail, Google Tasks, Google Keep, Google Calendar, Google Messages, Google Hangouts, Google Contacts

1

**QUESTION 1:**

Did Arendi prove by a preponderance of the evidence that any of the Accused Products infringe any of the following claims of the '843 Patent?

"Yes" is a finding for **Arendi**.

"No" is a finding for **Google**.

|  | YES | NO |
|---|---|---|
| Claim 23 |  |  |
| Claim 30 |  |  |

**QUESTION 2:**

Did Arendi prove by a preponderance of the evidence that Google induced infringement of any of the following claims of the '843 Patent?

"Yes" is a finding for **Arendi**.

"No" is a finding for **Google**.

|  | YES | NO |
|---|---|---|
| Claim 23 |  |  |
| Claim 30 |  |  |

**QUESTION 3:**

Did Arendi prove by a preponderance of the evidence that Google contributed to infringement of any of the following claims of the '843 Patent?

"Yes" is a finding for **Arendi**.

"No" is a finding for **Google**.

|  | YES | NO |
|---|---|---|
| Claim 23 |  |  |
| Claim 30 |  |  |

**QUESTION 4:**

Did Arendi prove by a preponderance of the evidence that Google's infringement of any of the claims of the '843 Patent was willful?

"Yes" is a finding for **Arendi**.

"No" is a finding for **Google**.

**Yes:** _____    **No:** _____

**QUESTION 5:**

Did Google prove by clear and convincing evidence any of the following claims of the '843 Patent are invalid?

"Yes" is a finding for **Google**.

"No" is a finding for **Arendi**.

|  | YES | NO |
|---|---|---|
| Claim 23 |  |  |
| Claim 30 |  |  |

**Instructions**: Only answer Question 6 if you:

- Answered "Yes" for <u>any</u> of the claims in Question 1, 2 or 3; <u>and</u>

- Answered "No" for <u>one or more</u> of those same claims in Question 5.

**QUESTION 6:**

What sum of money has Arendi proven by a preponderance of the evidence that it is entitled to as a reasonable royalty for Google's infringement of the '843 Patent?

      Answer: $ _____

You have now reached the end of the verdict form and you should review it to ensure that it entirely reflects your unanimous determinations. The Foreperson should then sign the verdict form in the space below and notify the Court Security Officer that you have reached a verdict. The Foreperson should retain possession of the verdict form and bring it to the courtroom with the jury.

Signed: _____

Dated: _____