IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARENDI S.A.R.L., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 13-919-JLH |
| ) | |
| GOOGLE LLC, ) | |
| ) | |
| Defendant. ) | |

## VERDICT FORM

**Instructions**: When answering the following questions and completing this Verdict Form, please follow the directions provided and follow the Jury Instructions that you have been given. Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

As used herein:

1. "Arendi" refers to Plaintiff Arendi S.A.R.L.;

2. "Google" refers to Defendant Google LLC;

3. The "'843 Patent" refers to U.S. Patent No. 7,917,843.

**QUESTION 1:**

Did Arendi prove by a preponderance of the evidence that Google directly infringed any of the following claims of the '843 Patent?

"Yes" is a finding for **Arendi**.

"No" is a finding for **Google**.

|  | YES | NO |
|---|---|---|
| Claim 23 | | |
| Claim 30 | | |

**QUESTION 2:**

Did Google prove by clear and convincing evidence that any of the following claims of the '843 Patent are invalid as anticipated by prior art?

"Yes" is a finding in favor of Google.

"No" is a finding in favor of Arendi.

|  | YES | NO |
|---|---|---|
| Claim 23 | | |
| Claim 30 | | |

**QUESTION 3:**

Did Google prove by clear and convincing evidence that any of the following claims of the '843 Patent are invalid as obvious in view of prior art?

"Yes" is a finding in favor of Google.

"No" is a finding in favor of Arendi.

|  | YES | NO |
|---|---|---|
| Claim 23 | | |
| Claim 30 | | |

**Instructions: Only answer Questions 4 and 5 if you:**

- Answered "Yes" for <u>any</u> of the claims in Question 1;

    <u>AND</u>

- Answered "No" for any of those <u>same claims</u> in Question 2 <u>and</u> Question 3.

Otherwise, skip and DO NOT answer Questions 4 and 5 and instead please proceed directly to the final page of this Verdict Form and sign and date that page.

**QUESTION 4:**

What amount of damages has Arendi proven, by a preponderance of the evidence, that it is entitled to as a reasonable royalty for Google's infringement of the '843 Patent?

    Answer: $ _____

**QUESTION 5:**

Did Arendi prove by a preponderance of the evidence that Google's infringement of any of the claims of the '843 Patent was willful?

    "Yes" is a finding for **Arendi**.

    "No" is a finding for **Google**.


    **Yes:** _____        **No:** _____

4

You have now reached the end of the verdict form and you should review it to ensure that it entirely reflects your unanimous determinations. The Foreperson should then sign the verdict form in the space below and notify the Court Security Officer that you have reached a verdict. The Foreperson should retain possession of the verdict form and bring it to the courtroom with the jury.

Signed: _____

Dated: _____