## Arendi S.A.R.L. v. Google LLC
## C.A. 13-919-JLH

| Plaintiff's Trial Exhibits PX | Defendant's Trial Exhibits DTX | *Disputes |
|---|---|---|
| 0001 - 4/24/2023 | 0002 - 4/24/2023 | **Court Exhibit 1 - Dey Deposition 4/27/2023** |
| 0036 - 5/1/2023 | 0004 - 4/27/2023 | |
| 0037 - 5/1/2023 | 0006 - 4/27/2023 | **Court Exhibit 2 - Miller Deposition 4/27/2023** |
| 0066 - 4/24/2023 | 0007 - 4/27/2023 | |
| 0067A - 4/25/2023 | 0008 - 4/27/2023 | |
| 0075 - 4/24/2023 | 0009 - 4/27/2023 | |
| 0077 - 4/24/2023 | 0010 - 4/27/2023 | |
| 0078 - 4/24/2023 | 0011 - 4/27/2023 | |
| 0094 - 4/26/2023 | 0013 - 4/27/2023 | |
| 0123 - 4/25/2023 | 0014 - 4/27/2023 | |
| 0125 - 4/25/2023 | 0015 - 4/27/2023 | |
| 0129 - 4/25/2023 | 0016 - 4/27/2023 | |
| 0133 - 4/25/2023 | 0017 - 4/27/2023 | |
| 0135 - 4/25/2023 | 0018 - 4/27/2023 | |
| 0137 - 4/25/2023 | 0019- 4/27/2023 | |
| 0139 - 4/25/2023 | 0020 - 4/27/2023 | |
| 0164 - 4/25/2023 | 0028 - 4/27/2023 | |
| 0168 - 4/25/2023 | 0034 - 4/27/2023 | |
| 0169 - 4/26/2023 | 0071 - 4/24/2023 | |
| 0184 - 4/25/2023 | 0166C - 4/26/2023 | |
| 0191 - 4/25/2023 | 0179 - 4/27/2023 | |
| 0192 - 4/25/2023 | 0180 - 4/27/2023 | |
| 0200 - 4/25/2023 | 0182 - 4/27/2023 | |
| 0203 - 4/25/2023 | 0186 - 4/27/2023 | |
| 0208 - 4/26/2023 | 0187 - 4/27/2023 | |
| 0224 - 4/25/2023 | 0188 - 4/27/2023 | |
| 0231 - 4/25/2023 | 0189 - 4/27/2023 | |
| 0273 - 4/25/2023 | 0190 - 4/27/2023 | |
| 0312 - 4/25/2023 | 0191 - 4/27/2023 | |
| 0314 - 4/25/2023 | 0224 - 4/25/2023 | |
| 0318 - 4/25/2023 | 0499 - 5/1/2023 | |
| 0393 - 4/24/2023 | 0581 - 4/26/2023 | |
| 0439 - 4/24/2023 | 0777 - 4/27/2023 | |
| 0456 - 4/25/2023 | 0880 - 4/27/2023 | |

Arendi S.A.R.L. v. Google LLC
C.A. 13-919-JLH

| Plaintiff's Trial Exhibits PX | Defendant's Trial Exhibits DTX | *Disputes |
|---|---|---|
| 0458 - 4/25/2023 | 0881 - 4/27/2023 | *1141 Exhibits admitted conditionally under seal |
| 0475 - 4/25/2023 | 0882 - 4/27/2023 | |
| 0520 - 4/25/2023 | 0883 - 4/27/2023 | |
| 0521 - 4/25/2023 | 0925 - 4/24/2023 | |
| 0522 - 4/25/2023 | 0954 - 5/1/2023 | |
| 0547 - 4/25/2023 | 1054 - 4/26/2023 | |
| 0629 - 4/25/2023 | 1057 - 4/25/2023 | |
| 0645 - 4/25/2023 | 1068 - 4/26/2023 | |
| 0649 - 4/25/2023 | 1141.001-0235 - 4/26/2023 | |
| 0661 - 4/25/2023 | 1141.0258-0271 - 4/26/2023 | |
| 0672 - 4/25/2023 | 1141.0236-253 - 4/26/2023 | |
| 0673 - 4/25/2023 | 1141.0254-57 - 4/26/2023 | |
| 0687 - 4/25/2023 | 1148 - 5/1/2023 | |
| 0700 - 4/25/2023 | | |
| 0713 - 4/25/2023 | | |
| 0725 - 4/25/2023 | | |