IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARENDI S.A.R.L., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 13-919-JLH |
| | ) |
| GOOGLE LLC, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**DECLARATION OF GARRETT SAKIMAE IN SUPPORT OF
NON-PARTY APPLE INC.'S MOTION FOR SANCTIONS**

I, Garrett Sakimae, declare as follows:

1. I am over the age of 18, a member in good standing of the bar of the State of California, and am Legal Counsel at Apple Inc. I make this declaration in support of the Motion of Non-Party Apple Inc. for Sanctions. My knowledge of these matters stated within this declaration is either personal or has been developed and confirmed through discussions with other Apple employees. If compelled to testify as a witness, I would testify competently to the facts set forth herein.

2. On September 15, 2021, I received an email from Kalpana Srinivasan that requested Apple's consent to produce the Apple Agreement in all of Plaintiff's litigations in this District, including Plaintiff's litigation with Google.

3. That same day, I consented to that production on behalf of Apple provided that the document was marked as CONFIDENTIAL OUTSIDE COUNSEL ONLY and that Plaintiff agreed to the following supplemental protections:

- That Arendi would provide Apple with notice and the opportunity to object before it disclosed the Apple Agreement to any experts disclosed under the operative Protective Order;
- That Arendi would provide Apple with notice at the time exhibit lists are first exchanged if the Apple Agreement appeared on a party's exhibit list; and
- That, if the Apple Agreement is used at a hearing or trial, Arendi agreed to use reasonable efforts to seal the courtroom and redact any related transcript portions.

4.  Ms. Srinivasan agreed to these supplemental protections on that same day, and Plaintiff thereafter produced the Apple Agreement subject to Apple's supplemental protections and designated it as CONFIDENTIAL OUTSIDE COUNSEL ONLY pursuant to the Agreed Protective Order. (Dkt. No. 16-1).

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed this 3rd of May, 2023 in San Diego, California.

_____
Garrett Sakimae
Apple Inc.