IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARENDI S.A.R.L., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) C.A. No. 13-919-JLH |
| GOOGLE LLC, | ) ) ) |
| Defendant. | ) ) |

## JUDGMENT FOLLOWING VERDICT

The jury having deliberated on Plaintiff Arendi S.A.R.L.'s claims of willful patent infringement of claims 23 and 30 of U.S. Patent No. 7,917,843 (the "'843 patent"), and the jury having reached a verdict on May 2, 2023 finding that Defendant Google LLC's accused products do not infringe the asserted claims, judgment of non-infringement on all asserted claims is entered in favor of Defendant and against Plaintiff. The jury having further deliberated on Defendant Google LLC's affirmative defense of anticipation of claims 23 and 30 of the '843 patent, and the jury having reached a verdict finding that those claims are anticipated, and the jury also having deliberated on Defendant's affirmative defense of obviousness of claims 23 and 30 of the '843 patent, and the jury having reached a verdict finding that those claims are obvious, judgment is entered in favor of Defendant and against Plaintiff on Defendant's invalidity defenses.

This judgment shall have the effect of denying as moot all other pending motions made by the parties pursuant to Rule 50(a) of the Federal Rules of Civil Procedure. The judgment is subject to modification following the Court's consideration of the parties' post-trial motions.

The deadline for any party to move for costs and attorney's fees (including under 35 U.S.C. § 285) is extended to within fourteen days after the time for appeal has expired or within fourteen

days after issuance of the mandate from the appellate court, and no party shall file any such motion before that time.

    IT IS SO ORDERED this 10th day of May, 2023.

                                            _____
                                            The Honorable Jennifer L. Hall
                                            United States Magistrate Judge