# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARENDI S.A.R.L., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 13-919-JLH |
| v. | ) |
| | ) |
| GOOGLE LLC, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## NOTICE OF LODGING

On June 5, 2023, counsel for Arendi S.A.R.L. lodged with the court electronic and paper copies of the sealed, draft transcript of the jury trial in 13-919-JLH, Arendi S.A.R.L. v. Google LLC, reflecting trial days 4/24/2023, 4/25/2023, 4/26/2023, 4/27/2023, 4/28/2023, 5/1/2023, and 5/2/2023. Electronic copies were provided on a USB key. A hard copy was printed on paper and spiral bound. The USB key and paper copies were hand delivered to the chambers of United States Magistrate Judge Jennifer L. Hall.

Dated: June 5, 2023

*Of Counsel:*

SUSMAN GODFREY LLP
Seth Ard (*pro hac vice*)
Max Straus (*pro hac vice*)
Beatrice Franklin (*pro hac vice*)
SUSMAN GODFREY, L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, New York 10019
Tel: (212) 336-8330
sard@susmangodfrey.com
mstraus@susmangodfrey.com
bfranklin@susmangodfrey.com

SMITH, KATZENSTEIN & JENKINS LLP

*/s/ Daniel Taylor*
Neal C. Belgam (No. 2721)
Daniel Taylor (No. 6934)
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Plaintiff Arendi S.A.R.L.*

John Lahad (*pro hac vice*)
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
jlahad@susmangodfrey.com

Kalpana Srinivasan (*pro hac vice*)
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
ksrinivasan@susmangodfrey.com

Kemper Diehl (*pro hac vice*)
401 Union Street, Suite 3000
Seattle, WA 98101-3000
kdiehl@susmangodfrey.com