# EXHIBIT 1

**Subject:** Invalidity Grounds, IPR Proceedings Issue and Wilfullness
**Date:** Saturday, April 22, 2023 at 8:18:48 AM Eastern Daylight Time
**From:** Unikel, Robert <robertunikel@paulhastings.com>
**To:** John Lahad <jlahad@SusmanGodfrey.com>, Failla, Melissa J. <melissafailla@paulhastings.com>, Kalpana Srinivasan <ksrinivasan@SusmanGodfrey.com>, Max Straus <MStraus@susmangodfrey.com>, Seth Ard <sard@susmangodfrey.com>, Rachel Solis <RSolis@susmangodfrey.com>, Kemper Diehl <KDiehl@susmangodfrey.com>, Richard Wojtczak <rwojtczak@susmangodfrey.com>, dtaylor@skjlaw.com <dtaylor@skjlaw.com>, nbelgam@skjlaw.com <nbelgam@skjlaw.com>, smb@skjlaw.com <smb@skjlaw.com>
**CC:** shamlin@Potteranderson.com <shamlin@Potteranderson.com>, vinny.ling@mto.com <vinny.ling@mto.com>, bpalapura@potteranderson.com <bpalapura@potteranderson.com>, dmoore@potteranderson.com <dmoore@potteranderson.com>, ginger.anders@mto.com <ginger.anders@mto.com>, Google-Arendi <Google-Arendi@paulhastings.com>, Susan M. Betts <smb@skjlaw.com>, Neal C. Belgam <NCB@skjlaw.com>

EXTERNAL Email
Arendi team,
As per the Court's directive, and based and conditioned on the assumption that we are able to present the CyberDesk System at trial (as preliminarily indicated by the Judge), then we disclose the following invalidity grounds that Google will present at trial.

Anticipation based on CyberDesk
Obviousness based on CyberDesk + Apple Data Detectors; CyberDesk + Microsoft Word 97; Apple Data Detectors + Word 97; and Pandit + CyberDesk and Pandit + Apple data detectors (subject to proposal below).

We are willing to remove, and not present at trial, the two obviousness combinations based on Pandit – Pandit + CyberDesk and Pandit + Apple Data Detectors – if, and only if, the parties agree that no evidence, argument or testimony will be presented to the jury concerning the IPR proceedings (including any and all aspects of those proceedings and the related appeals).   Please advise by noon today, Saturday, whether we have an agreement on this; or we will need to find another path to provide the Court (either together or separately) with potential options for addressing the juror confusion and potential error that is likely to result if the IPR proceedings are introduced at trial.



Rob

---

**From:** John Lahad <jlahad@SusmanGodfrey.com>
**Sent:** Friday, April 21, 2023 10:53 PM
**To:** Unikel, Robert <robertunikel@paulhastings.com>; Failla, Melissa J. <melissafailla@paulhastings.com>; Kalpana Srinivasan <ksrinivasan@SusmanGodfrey.com>; Max Straus <MStraus@susmangodfrey.com>; Seth Ard <sard@susmangodfrey.com>; Rachel Solis <RSolis@susmangodfrey.com>; Kemper Diehl

<KDiehl@susmangodfrey.com>; Richard Wojtczak <rwojtczak@susmangodfrey.com>; dtaylor@skjlaw.com; nbelgam@skjlaw.com; smb@skjlaw.com
**Cc:** shamlin@Potteranderson.com; vinny.ling@mto.com; bpalapura@potteranderson.com; dmoore@potteranderson.com; ginger.anders@mto.com; Google-Arendi <Google-Arendi@paulhastings.com>; Susan M. Betts <SMB@skjlaw.com>; Neal C. Belgam <NCB@skjlaw.com>
**Subject:** [EXT] RE: Meet and Confer Concerning IPR Proceedings Issue

**--- External Email ---**



Thank you.

## John P. Lahad
**Partner | Susman Godfrey LLP**
Houston | New York | Los Angeles | Seattle
713.653.7859 (o)    713.725.3557 (m)

---

**From:** Unikel, Robert <robertunikel@paulhastings.com>
**Sent:** Friday, April 21, 2023 8:03 PM
**To:** John Lahad <jlahad@SusmanGodfrey.com>; Failla, Melissa J. <melissafailla@paulhastings.com>; Kalpana Srinivasan <ksrinivasan@SusmanGodfrey.com>; Max Straus <MStraus@susmangodfrey.com>; Seth Ard <sard@susmangodfrey.com>; Rachel Solis <RSolis@susmangodfrey.com>; Kemper Diehl <KDiehl@susmangodfrey.com>; Richard Wojtczak <rwojtczak@susmangodfrey.com>; dtaylor@skjlaw.com; nbelgam@skjlaw.com; smb@skjlaw.com
**Cc:** shamlin@Potteranderson.com; vinny.ling@mto.com; bpalapura@potteranderson.com; dmoore@potteranderson.com; ginger.anders@mto.com; Google-Arendi <Google-Arendi@paulhastings.com>; Susan M. Betts <SMB@skjlaw.com>; Neal C. Belgam <NCB@skjlaw.com>
**Subject:** RE: Meet and Confer Concerning IPR Proceedings Issue

EXTERNAL Email
John,



Rob

**From:** John Lahad <jlahad@SusmanGodfrey.com>
**Sent:** Friday, April 21, 2023 6:33 PM
**To:** Unikel, Robert <robertunikel@paulhastings.com>; Failla, Melissa J. <melissafailla@paulhastings.com>; Kalpana Srinivasan <ksrinivasan@SusmanGodfrey.com>; Max Straus <MStraus@susmangodfrey.com>; Seth Ard <sard@susmangodfrey.com>; Rachel Solis <RSolis@susmangodfrey.com>; Kemper Diehl <KDiehl@susmangodfrey.com>; Richard Wojtczak <rwojtczak@susmangodfrey.com>; dtaylor@skjlaw.com; nbelgam@skjlaw.com; smb@skjlaw.com
**Cc:** shamlin@Potteranderson.com; vinny.ling@mto.com; bpalapura@potteranderson.com; dmoore@potteranderson.com; ginger.anders@mto.com; Google-Arendi <Google-Arendi@paulhastings.com>; Susan M. Betts <SMB@skjlaw.com>; Neal C. Belgam <NCB@skjlaw.com>
**Subject:** [EXT] RE: Meet and Confer Concerning IPR Proceedings Issue

**--- External Email ---**

How about 8 pm eastern? Can you circulate a dial-in please?

**John P. Lahad**
Partner | Susman Godfrey LLP
Houston | New York | Los Angeles | Seattle
713.653.7859 (o)   713.725.3557 (m)

**From:** Unikel, Robert <robertunikel@paulhastings.com>
**Sent:** Friday, April 21, 2023 4:42 PM
**To:** John Lahad <jlahad@SusmanGodfrey.com>; Failla, Melissa J. <melissafailla@paulhastings.com>; Kalpana Srinivasan <ksrinivasan@SusmanGodfrey.com>; Max Straus <MStraus@susmangodfrey.com>; Seth Ard <sard@susmangodfrey.com>; Rachel Solis <RSolis@susmangodfrey.com>; Kemper Diehl <KDiehl@susmangodfrey.com>; Richard Wojtczak <rwojtczak@susmangodfrey.com>; dtaylor@skjlaw.com; nbelgam@skjlaw.com; smb@skjlaw.com
**Cc:** shamlin@Potteranderson.com; vinny.ling@mto.com; bpalapura@potteranderson.com; dmoore@potteranderson.com; ginger.anders@mto.com; Google-Arendi <Google-Arendi@paulhastings.com>; Susan M. Betts <SMB@skjlaw.com>; Neal C. Belgam <NCB@skjlaw.com>
**Subject:** Meet and Confer Concerning IPR Proceedings Issue

==EXTERNAL Email==

Arendi team,

Per the Court's instruction, we would like to schedule a meet and confer call with you tonight to discuss potential paths to resolve the IPR proceedings issue. Please let us know when you are available.

Thanks,

Rob

*************************************************************************************
This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments. If you reply to this message, Paul Hastings may collect personal information including your name, business name and other contact details, and IP address. For more information about Paul Hastings' information collection, privacy and security principles please click [HERE](). If you have any questions, please contact [Privacy@paulhastings.com]().

*************************************************************************************
This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments. If you reply to this message, Paul Hastings may collect personal information including your name, business name and other contact details, and IP address. For more information about Paul Hastings' information collection, privacy and security principles please click [HERE](). If you have any questions, please contact [Privacy@paulhastings.com]().

*************************************************************************************
This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments. If you reply to this message, Paul Hastings may collect personal information including your name, business name and other contact details, and IP address. For more information about Paul Hastings' information collection, privacy and security principles please click [HERE](). If you have any questions, please contact [Privacy@paulhastings.com]().