# Exhibit A

| | |
|---|---|
| **From:** | Failla, Melissa J. |
| **Sent:** | Wednesday, April 26, 2023 7:02 PM |
| **To:** | ksrinivasan@SusmanGodfrey.com; MStraus@susmangodfrey.com; jlahad@SusmanGodfrey.com; sard@susmangodfrey.com; RSolis@susmangodfrey.com; KDiehl@susmangodfrey.com; rwojtczak@susmangodfrey.com; dtaylor@skjlaw.com; nbelgam@skjlaw.com; smb@skjlaw.com |
| **Cc:** | shamlin@Potteranderson.com; vinny.ling@mto.com; bpalapura@potteranderson.com; dmoore@potteranderson.com; ginger.anders@mto.com; Google-Arendi |
| **Subject:** | Arendi S.A.R.L., v. Google LLC, No. 1:13-cv-00919-JLH | Witness Disclosure |
| **Attachments:** | DDX 08.pdf; DDX 09.pdf |

Counsel,

Attached please find demonstratives to be used tomorrow with Google's witnesses.

The order of Google's witnesses for tomorrow is:

- Ted Choc
- Anind Dey (Video)
- Martin Rinard
- James Miller (Video)
- Edward Fox

Defendants may also use previously admitted exhibits and demonstratives with the Google witnesses.


Regards,
Melissa



**Melissa J. Failla | Senior Paralegal, Data Privacy and IP Litigation**
Paul Hastings LLP | 71 S. Wacker Drive, Forty-Fifth Floor, Chicago, IL 60606 | Direct: +1.312.499.6240 | Main: +1.312.499.6000 | Fax: +1.312.499.6640 |
melissafailla@paulhastings.com | www.paulhastings.com

# Exhibit B

**Arendi S.A.R.L. v. Google LLC**
C.A. No. 1:13-cv-00919-JLH

# Invalidity Presentation

## Edward Fox, PhD

April 27, 2023

DDX 09.001

# Summary of Opinions: The Asserted Claims of the '843 Patent Are Invalid

**Anticipated** by CyberDesk System




**and**

**Obvious** in light of combinations of 3 prior art systems:

- CyberDesk System
- Apple Data Detectors System
- Microsoft Word 97







# Invalidating a Patent by Anticipation or Obviousness

## Anticipation:

One prior art reference, product, or system has all the elements



## Obviousness:

One prior art reference, product, or system has many elements, and another has the rest



DDX 09.048

# A POSITA Would Have Been Motivated to Combine Works



# CyberDesk + Microsoft Word 97 Makes the Claims Obvious





# ADD + Microsoft Word 97 Makes the Claims Obvious







**23.** At least one non-transitory computer readable medium encoded with instructions which, when loaded on a computer, establish processes for finding data related to the contents of a document using a first computer program running on a computer, the processes comprising: 

**B** displaying the document electronically using the first computer program; 

**C** while the document is being displayed, analyzing, in a computer process, first information from the document to determine if the first information is at least one of a plurality of types of information that can be searched for in order to find second information related to the first information; 

**D** retrieving the first information; 

**E** providing an input device, configured by the first computer program, 

**F** that allows a user to enter a user command to initiate an operation, the operation comprising (i) performing a search using at least part of the first information as a search term in order to find the second information, of a specific type or types, associated with the search term in an information source external to the document, wherein the specific type or types of second information is dependent at least in part on the type or types of the first information, and (ii) performing an action using at least part of the second information; 

**G** in consequence of receipt by the first computer program of the user command from the input device, causing a search for the search term in the information source, using a second computer program, in order to find second information related to the search term; and

**H** if searching finds any second information related to the search term, performing the action using at least part of the second information, wherein the action is of a type depending at least in part on the type or types of the first information. 

# Two Approaches for Shortcut Tools in the 1990s



**Approach 1**

Spell Check

App

Microsoft Word 97 approach

**Approach 2**

App 1

App 2

App 3

Tool

CyberDesk

Apple Data Detectors

DDX 09.053

# Combining Approaches Would Be Obvious



**Approach 1**

Tool

App

**Microsoft Word 97 approach**

CyberDesk shortcut functionality

# Combining Approaches Would Be Obvious



# CyberDesk or ADD + Microsoft Word Make the Claims Obvious

CyberDesk/ADD
+ Word

**23.** At least one non-transitory computer readable medium encoded with instructions which, when loaded on a computer, establish processes for finding data related to the contents of a document using a first computer program running on a computer, the processes comprising: 

**B** displaying the document electronically using the first computer program; 

**C** while the document is being displayed, analyzing, in a computer process, first information from the document to determine if the first information is at least one of a plurality of types of information that can be searched for in order to find second information related to the first information; 

**D** retrieving the first information; 

**E** providing an input device, configured by the first computer program, 

**F** that allows a user to enter a user command to initiate an operation, the operation comprising (i) performing a search using at least part of the first information as a search term in order to find the second information, of a specific type or types, associated with the search term in an information source external to the document, wherein the specific type or types of second information is dependent at least in part on the type or types of the first information, and (ii) performing an action using at least part of the second information; 

**G** in consequence of receipt by the first computer program of the user command from the input device, causing a search for the search term in the information source, using a second computer program, in order to find second information related to the search term; and 

**H** if searching finds any second information related to the search term, performing the action using at least part of the second information, wherein the action is of a type depending at least in part on the type or types of the first information. 

**30.** At least one non-transitory computer readable medium according to claim **23**, the instructions establishing processes comprising:

providing a prompt for updating the information source to include the first information.



# ADD Teaches Dependent Claim 30

**30.** At least one non-transitory computer readable medium according to claim **23**, the instructions establishing processes comprising:

providing a prompt for updating the information source to include the first information.



# CyberDesk + ADD Makes the Claims Obvious







# CyberDesk + ADD Makes the Claims Obvious

**Practiced by CyberDesk?**

**23.** At least one non-transitory computer readable medium encoded with instructions which, when loaded on a computer, establish processes for finding data related to the contents of a document using a first computer program running on a computer, the processes comprising:



**A**

displaying the document electronically using the first computer program;



**B**

while the document is being displayed, analyzing, in a computer process, first information from the document to determine if the first information is at least one of a plurality of types of information that can be searched for in order to find second information related to the first information;



**C**

retrieving the first information;



**D**

providing an input device, configured by the first computer program,

**Smedley** 

**E**

that allows a user to enter a user command to initiate an operation, the operation comprising (i) performing a search using at least part of the first information as a search term in order to find the second information, of a specific type or types, associated with the search term in an information source external to the document, wherein the specific type or types of second information is dependent at least in part on the type or types of the first information, and (ii) performing an action using at least part of the second information;

**F**

in consequence of receipt by the first computer program of the user command from the input device, causing a search for the search term in the information source, using a second computer program, in order to find second information related to the search term; and

**Smedley** 

**G**

if searching finds any second information related to the search term, performing the action using at least part of the second information, wherein the action is of a type depending at least in part on the type or types of the first information.

**H**

# POSITA Would be Motivated to Combine ADD Write a Letter Functionality



# CyberDesk + ADD Makes the Claims Obvious

**CyberDesk + ADD**

**23.** At least one non-transitory computer readable medium encoded with instructions which, when loaded on a computer, establish processes for finding data related to the contents of a **document** using a first computer program running on a computer, the processes comprising:



**A**

**B** displaying the **document** electronically using the first computer program;



**C** while the **document** is being displayed, analyzing, in a computer process, first information from the **document** to determine if the first information is at least one of a plurality of types of information that can be searched for in order to find second information related to the first information;



**D** retrieving the first information;



**E** providing an input device, configured by the first computer program,



**F** that allows a user to enter a user command to initiate an operation, the operation comprising (i) performing a search using at least part of the first information as a search term in order to find the second information, of a specific type or types, associated with the search term in an information source external to the **document**, wherein the specific type or types of second information is dependent at least in part on the type or types of the first information, and (ii) performing an action using at least part of the second information;



**G** in consequence of receipt by the first computer program of the user command from the input device, causing a search for the search term in the information source, using a second computer program, in order to find second information related to the search term; and



**H** if searching finds any second information related to the search term, performing the action using at least part of the second information, wherein the action is of a type depending at least in part on the type or types of the first information.



# ADD Practiced the Shortcut Elements

**ADD**

**23.** At least one non-transitory computer readable medium encoded with instructions which, when loaded on a computer, establish processes for finding data related to the contents of a document using a first computer program running on a computer, the processes comprising: 

**B** displaying the document electronically using the first computer program; 

**C** while the document is being displayed, analyzing, in a computer process, first information from the document to determine if the first information is at least one of a plurality of types of information that can be searched for in order to find second information related to the first information; 

**D** retrieving the first information; 

**E** providing an input device, configured by the first computer program, 

**F** that allows a user to enter a user command to initiate an operation, the operation comprising (i) performing a search using at least part of the first information as a search term in order to find the second information, of a specific type or types, associated with the search term in an information source external to the document, wherein the specific type or types of second information is dependent at least in part on the type or types of the first information, and (ii) performing an action using at least part of the second information; 

**G** in consequence of receipt by the first computer program of the user command from the input device, causing a search for the search term in the information source, using a second computer program, in order to find second information related to the search term; and 

**H** if searching finds any second information related to the search term, performing the action using at least part of the second information, wherein the action is of a type depending at least in part on the type or types of the first information. 

# Following Dr. Smedley's Theory, CyberDesk Teaches Every Element
**Practiced by CyberDesk**

**23.** At least one non-transitory computer readable medium encoded with instructions which, when loaded on a computer, establish processes for finding data related to the contents of a document using a first computer program running on a computer, the processes comprising: 

**A**

**B** displaying the document electronically using the first computer program; 

**C** while the document is being displayed, analyzing, in a computer process, first information from the document to determine if the first information is at least one of a plurality of types of information that can be searched for in order to find second information related to the first information; 

**D** retrieving the first information; 

**E** providing an input device, configured by the first computer program, **Smedley** 

**F** that allows a user to enter a user command to initiate an operation, the operation comprising (i) performing a search using at least part of the first information as a search term in order to find the second information, of a specific type or types, associated with the search term in an information source external to the document, wherein the specific type or types of second information is dependent at least in part on the type or types of the first information, and (ii) performing an action using at least part of the second information; 

**G** in consequence of receipt by the first computer program of the user command from the input device, causing a search for the search term in the information source, using a second computer program, in order to find second information related to the search term; and **Smedley** 

**H** if searching finds any second information related to the search term, performing the action using at least part of the second information, wherein the action is of a type depending at least in part on the type or types of the first information. 

# ADD + CyberDesk Makes the Claims Obvious

**ADD**     **CyberDesk**

**23.** At least one non-transitory computer readable medium encoded with instructions which, when loaded on a computer, establish processes for finding data related to the contents of a document using a first computer program running on a computer, the processes comprising:

 

**B** displaying the document electronically using the first computer program;

 

**C** while the document is being displayed, analyzing, in a computer process, first information from the document to determine if the first information is at least one of a plurality of types of information that can be searched for in order to find second information related to the first information;

 

**D** retrieving the first information;

 

**E** providing an input device, configured by the first computer program,



Smedley

**F** that allows a user to enter a user command to initiate an operation, the operation comprising (i) performing a search using at least part of the first information as a search term in order to find the second information, of a specific type or types, associated with the search term in an information source external to the document, wherein the specific type or types of second information is dependent at least in part on the type or types of the first information, and (ii) performing an action using at least part of the second information;

 

**G** in consequence of receipt by the first computer program of the user command from the input device, causing a search for the search term in the information source, using a second computer program, in order to find second information related to the search term; and



Smedley

**H** if searching finds any second information related to the search term, performing the action using at least part of the second information, wherein the action is of a type depending at least in part on the type or types of the first information.

 

# Summary of Opinions: The Asserted Claims of the '843 Patent Are Invalid

**Anticipated** by CyberDesk System





**Obvious** in light of combinations of 3 prior art systems:

- CyberDesk System
- Apple Data Detectors System
- Microsoft Word 97





