IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARENDI S.A.R.L.,<br><br>        Plaintiff,<br><br>  v.<br><br>GOOGLE LLC,<br><br>        Defendant. | C.A. No. 13-919-JLH |

**[PROPOSED] ORDER**

The Court, having considered non-party Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. Unopposed Motion to Seal Portions of the Trial Transcripts and Exhibits (the "Motion"), as well as all submissions related thereto,

IT IS HEREBY ORDERED, this 6th day of September, 2023, that the Motion is GRANTED.  Exhibit PX-77 (also referenced at trial as DTX-283) (Ex. D) shall be redacted in its entirety.  The transcripts shall be redacted as follows:

1) April 24 Transcript (Ex. A):
   a. Pg. 159, l. 15
   b. Pg. 160, ll. 8, 12-13, 15-17
   c. Pg. 161, ll. 8-10
   d. Pg. 233, ll. 3-5, 7,10-13, 22
   e. Pg. 234, ll. 1, 2, 19, 20, 25
   f. Pg. 235, ll. 1, 3-7, 25
   g. Pg. 236, ll. 1, 3-9,13-15,17-22
   h. Pg. 237, ll. 2, 3, 5, 6, 11, 12, 18, 20-22
   i. Pg. 238, ll. 3-5, 6, 8, 9, 15-16, 22-25
   j. Pg. 239, ll. 1-6, 9-10
   k. Pg. 247, ll. 22-25
   l. Pg. 248, ll. 1-2, 15-21
   m. Corresponding portions of the index related to these redactions

2) April 26 Transcript (Ex. B):
   a. Pg. 578, l. 24

      b. Pg. 581, ll. 19-22
      c. Pg. 592, ll. 22, 24-25
      d. Pg. 593, ll. 3-4
      e. Pg. 627, ll. 11-12
      f. Pg. 628, ll. 2, 5
      g. Corresponding portions of the index related to these redactions

3) May 1 Transcript (Ex. C):
      a. Pg. 1291, l. 6
      b. Pg. 1295, l. 9
      c. Pg. 1297, ll. 18-19
      d. Pg. 1299, ll. 17-18
      e. Pg. 1300, ll. 12, 21
      f. Pg. 1301, ll. 11
      g. Corresponding portions of the index related to these redactions

_____
The Honorable Jennifer L. Hall
United States Magistrate Judge