# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARENDI S.A.R.L., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 13-919-JLH |
| | ) |
| GOOGLE LLC, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## FINAL JUDGMENT

The Court having held a jury trial beginning on April 24, 2023, the jury having returned a verdict, Plaintiff having filed Renewed Motions for Judgment as a Matter of Law and Motion for a New Trial (D.I. 559), and those motions having been resolved by the Court (D.I. 615);

IT IS HEREBY ORDERED AND ADJUDGED:

Judgment is entered in favor of Defendant and against Plaintiff on Plaintiff's claim of patent infringement of U.S. Patent No. 7,917,843.

Date: February 2, 2024

_____
The Honorable Jennifer L. Hall
UNITED STATES DISTRICT JUDGE