**Smith Katzenstein Jenkins LLP**

November 19, 2025

The Honorable Jennifer L. Hall
J. Caleb Boggs Federal Building
844 N. King Street
Unit 17, Room 6312
Wilmington, DE 19801-3555

Re:   *Arendi S.A.R.L. v. Google* LLC, C.A. No. 13-919-JLH

Dear Judge Hall:

I write jointly on behalf of Plaintiff Arendi S.A.R.L. and Defendant Google LLC in the above-captioned matter with regards to the November 13, 2025, Order of the United States Court of Appeals for the Federal Circuit remanding the appeal of Case No. 2023-2029 to this Court and directing the parties "to seek clarification of the disposition of the jury verdict of invalidity and the nature of the judgment from the district court and entry of an amended final judgment." (D.I. 622 at 4, ¶ 1)

"Specifically, the parties are directed to seek an amended final judgment that clarifies whether the judgment rests solely on noninfringement or also incorporates the jury's invalidity verdict, particularly in light of the denial of the posttrial motions." (*Id.* at 4, ¶ 2)

**Procedural Background**
This matter was tried before a jury in late April and early May, 2023 and resulted in a jury verdict. (D.I. 531) On May 10, 2025, the Court entered Judgment. (D.I. 545) After post-trial briefing, the Court sought the Parties' input into an entry of final judgment. (D.I. 608–614) On February 2, 2024, the Court denied the post-trial motions (D.I. 615) and entered Final Judgment (D.I. 616).

On November 13, 2025, the Federal Circuit remanded this case to address the questions above. The Parties then met and conferred about how to "seek clarification" from the Court. The Parties have not reached agreement and instead present their different proposals.

**Arendi's Proposal**
Arendi proposes that the Parties simultaneously submit 3-page letter briefs setting forth the Parties' positions within 10 days or another deadline set by the Court.

**Google's Proposal**
Google believes that because the Federal Circuit has simply requested clarification and the parties already submitted briefing (Dkts. 610, 611, 614), additional briefing is unnecessary.  Google would also direct the Court's attention to the November 6, 2025 appellate oral argument, which is available on the Federal Circuit's website.  To the extent the Court believes further briefing would be helpful, Google proposes that an additional one-page letter per party would be sufficient.

The Honorable Jennifer L. Hall
November 19, 2025
Page 2

Respectfully,

*Neal C. Belgam*

Neal C. Belgam (No. 2721)

cc:   Clerk of Court (via CM/ECF)
      All Counsel of Record (via CM/ECF)