# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARENDI S.A.R.L., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 13-919-JLH |
| GOOGLE LLC, | ) ) ) |
| Defendant. | ) ) ) |

## AMENDED FINAL JUDGMENT

At Wilmington, this 14th day of January 2026:

WHEREAS, the Court held a jury trial beginning on April 24, 2023, and entered a Final Judgment on February 2, 2024;

WHEREAS, the Court of Appeals remanded this matter to allow the parties to seek clarification from the Court regarding the nature of its Final Judgment;

WHEREAS, the jury found (1) that Plaintiff had not proven by a preponderance of the evidence that Defendant infringed claims 23 or 30 of the '843 patent; (2) that Defendant had proven by clear and convincing evidence that both of those claims were invalid as anticipated; and (3) that Defendant had proven by clear and convincing evidence that both of those claims were obvious in view of prior art;

WHEREAS, the Court DENIED Plaintiff's Renewed Motion for Judgment as a Matter of Law and Motion for a New Trial;

WHEREAS, all of the jury's findings remain undisturbed and have not been set aside;

NOW, THEREFORE, IT IS HEREBY ORDERED AND ADJUDGED:

Judgment is entered in favor of Defendant and against Plaintiff on Plaintiff's claim of patent infringement of U.S. Patent No. 7,917,843.

_____
The Honorable Jennifer L. Hall
UNITED STATES DISTRICT JUDGE