# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARENDI S.A.R.L., | |
| Plaintiff, | |
| v. | C.A. No. 13-919-JLH |
| GOOGLE LLC, | |
| Defendant. | |

## PLAINTIFF'S RENEWED NOTICE OF APPEAL

Plaintiff Arendi S.A.R.L. respectfully submits this renewed notice of its appeal to the United States Court of Appeals for the Federal Circuit. Plaintiff appeals from the District Court's Amended Final Judgment, D.I. 625, entered on January 14, 2026, and all interlocutory orders that gave rise to that final judgment.[1]

---

[1] Appeal of this judgment includes, but is not limited to, appeal of the accompanying jury verdict of non-infringement, D.I. 530 & 531; the Court's predicate Claim Construction Order of August 19, 2019, D.I. 144; *see also* D.I. 145 (memorandum opinion regarding claim construction); the Court's granting of partial summary judgment against Arendi, D.I. 393, 394; the Court's denial of Arendi's motions regarding IPR estoppel, *e.g.*, D.I. 391; D.I. 578 at 4:19-14:11; the Court's denial in part of remaining portions of Arendi's motion for summary judgment, D.I. 391, 392; the Court's exclusion of evidence concerning infringement by the doctrine of equivalents, D.I. 257; the Court's exclusion of evidence concerning the date of conception of the U.S. Patent No. 7,917,843, D.I. 258; the Court's denial of Arendi's Motion to Exclude in Part the Expert Reports and Testimony of Edward Fox, D.I. 391, 392; the Court's denial in part of Arendi's Motion to Exclude Portions of Dr. Martin Rinard's Expert Report, D.I. 393, 394; the Court's granting of Judgment on the Pleadings with respect to U.S. Patent Nos. 7,496,854, 7,921,356 and 8,306,993, D.I. 200, 201; *see also* D.I. 119 at 111:17-119:14; the Court's Memorandum Order, dated February 2, 2024, D.I. 615; and the Court's Letter to Counsel, dated January 14, 2026, D.I. 624. Arendi reserves the right to raise all appropriate issues on appeal.

Arendi maintains that the jury's verdict of invalidity is not a predicate for final judgment in this case and is, therefore, moot. Google LLC did not assert a crossclaim of invalidity and the operative Amended Final Judgment is, therefore, limited to infringement. *See* D.I. 615, 616. 625. But, without waiving that position, Arendi also appeals the jury's verdict of invalidity, and the

This renewed notice of appeal is timely under Federal Rule of Appellate Procedure 4(a)(1)(A) and 4(a)(4). The District Court entered Judgment Following Verdict, D.I. 545, on May 10, 2023.[2] On June 2, 2023, Arendi timely moved for judgement as a matter of law and, in the alternative, for a new trial under Federal Rules of Civil Procedure 50(b) and 59(a)(1). D.I. 559. The District Court resolved those motions on February 2, 2024. D.I. 615. Arendi then filed an Amended Notice of Appeal on February 23, 2024.

On November 12, 2025, the United States Court of Appeals for the Federal Circuit remanded this action to the District Court and instructed the parties "to seek an amended final judgment that clarifies whether the judgment rests solely on noninfringement or also incorporates the jury's invalidity verdict." Order, *Arendi S.A.R.L. v. Oath Holdings Inc.*, No. 23-2029, ECF 31 (Fed. Cir. Nov. 12, 2025), at 4. The Court of Appeals further provided that "[u]pon entry of amended final judgment from the district court, either party may file a new notice of appeal." *Id*. The District Court entered an Amended Final Judgment, D.I. 625, on January 14, 2026. Arendi now files this Renewed Notice of Appeal.

As part of this notice of appeal, Plaintiff submits the required filing fee and respectfully requests the district clerk to prepare the record on appeal pursuant to Federal Rule of Appellate Procedure 10(a). Plaintiff will order from the reporter a transcript of such part of the proceedings

---

Court's subsequent rulings on that verdict, D.I. 615, 624, to the extent that verdict is found to be incorporated into the Amended Final Judgment.

[2] Arendi filed a preliminary Notice of Appeal of the Judgment Following Verdict on June 9, 2023. Arendi noted in that filing that its notice would only "become[] effective . . . when the order disposing of the last" of its post-trial motions were entered per Federal Rule of Appellate Procedure 4(a)(4)(B)(i). D.I. 567. Arendi expressly "reserve[d] the right to file an amended notice of appeal following entry of such order. Fed. R. App. P. 4(a)(4)(B)(ii)." *Id*. That preliminary Notice of Appeal is now withdrawn and superseded by this Amended Notice of Appeal.

not already on file as the appellant considers necessary, as required by Federal Rule of Appellate Procedure 10(b)(1)(A).

Dated:  February 12, 2026

*Of Counsel:*

John Lahad
SUSMAN GODFREY, LLP
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
jlahad@susmangodfrey.com

Kalpana Srinivasan
SUSMAN GODFREY, LLP
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3106
ksrinivasan@susmangodfrey.com

Seth Ard
Max Straus
Beatrice Franklin
SUSMAN GODFREY, L.L.P.
One Manhattan West, 50th Floor
New York, New York 10001
Tel: (212) 336-8330
sard@susmangodfrey.com
mstraus@susmangodfrey.com
bfranklin@susmangodfrey.com

Kemper Diehl
SUSMAN GODFREY, L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101-3000
Tel: (206) 516-3880
kdiehl@susmangodfrey.com

SMITH, KATZENSTEIN & JENKINS LLP

*/s/ Daniel A. Taylor*
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 N. West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Plaintiff Arendi S.A.R.L.*

6165927v1/016120