# United States Court of Appeals
# for the Federal Circuit

---

**ARENDI S.A.R.L.,**
*Plaintiff-Appellant*

**v.**

**OATH HOLDINGS INC., OATH INC.,**
*Defendants-Appellees*

---

2022-1762

---

Appeal from the United States District Court for the District of Delaware in No. 1:13-cv-00920-VAC-JLH, Judge Leonard P. Stark.

-----------------------------------------------------

**ARENDI S.A.R.L.,**
*Plaintiff-Appellant*

**APPLE INC.,**
*Third-Party Defendant*

**v.**

**GOOGLE LLC,**
*Defendant-Appellee*

---

2023-2029, 2026-1451

---

Appeals from the United States District Court for the District of Delaware in No. 1:13-cv-00919-JLH, Magistrate Judge Jennifer L. Hall.

---

## MANDATE

In accordance with the judgment of this Court, entered June 4, 2026, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

July 13, 2026
Date

Jarrett B. Perlow
Clerk of Court