# United States Court of Appeals
# for the Federal Circuit

_____

**ARENDI S.A.R.L.,**
*Plaintiff-Appellant*

**v.**

**OATH HOLDINGS INC., OATH INC.,**
*Defendants-Appellees*

_____

2022-1762

_____

Appeal from the United States District Court for the District of Delaware in No. 1:13-cv-00920-VAC-JLH, Judge Leonard P. Stark.

-------------------------------------------------

**ARENDI S.A.R.L.,**
*Plaintiff-Appellant*

**APPLE INC.,**
*Third-Party Defendant*

**v.**

**GOOGLE LLC,**
*Defendant-Appellee*

_____

2023-2029, 2026-1451

_____

Appeals from the United States District Court for the District of Delaware in No. 1:13-cv-00919-JLH, Judge Jennifer L. Hall.

_____

**JUDGMENT**

_____

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT



June 4, 2026
Date

Jarrett B. Perlow
Clerk of Court