Originally Filed: July 27, 2026
Redacted Version Filed: August 3, 2026

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARENDI S.A.R.L., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 13-919-JLH |
| v. | ) |
| | ) **REDACTED - PUBLIC VERSION** |
| GOOGLE LLC, | ) |
| | ) |
| Defendant. | ) |

## DECLARATION OF ROBERT W. UNIKEL IN SUPPORT OF DEFENDANT
## GOOGLE'S BILL OF COSTS

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| ARENDI S.A.R.L., | |
| Plaintiff, | C.A. No. 13-919-JLH |
| v. | |
| GOOGLE LLC, | **REDACTED - PUBLIC VERSION** |
| Defendant. | |

**DECLARATION OF ROBERT W. UNIKEL IN SUPPORT OF
DEFENDANT GOOGLE'S BILL OF COSTS**

I, Robert W. Unikel, declare as follows:

1.      I am a partner with the law firm of Paul Hastings LLP, counsel of record in this action for Defendant Google LLC ("Google"). I submit this declaration in support of Google's Bill of Costs filed concurrently herewith pursuant to 28 U.S.C. § 1920.

2.      I have reviewed the records maintained by Paul Hastings LLP and by Potter Anderson & Corroon LLP of the costs and expenses incurred by Google in this matter. The costs included in Google's Bill of Costs are correctly stated and were necessarily incurred in this action. Furthermore, the services for which fees have been charged were actually and necessarily performed.

3.      Attached hereto as Exhibit A are a schedule and supporting invoices for the fees incurred by Google for court transcripts.

4.      Attached hereto as Exhibit B are a schedule and supporting invoices for deposition costs incurred by Google in connection with the depositions necessarily obtained for use in this case. This includes costs for transcripts of witnesses who testified at trial (either live or by designation) and costs for transcripts of witnesses who did not testify at trial but whose testimony was otherwise necessarily obtained.

1

5.      Attached hereto as Exhibit C are a schedule and supporting invoices for witness related costs incurred by Google in connection with witness attendance fees, travel expenses, and subsistence allowances.

6.      Attached hereto as Exhibits D-1 and D-2 are schedules and supporting invoices for exemplification, printing and copying done in connection with this litigation. This includes converting documents to the parties' agreed-upon production format, endorsing trial exhibits, copying potential trial exhibits, and printing witness binders for use at trial.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and ability.

Executed on July 27, 2026, in Chicago, Illinois.


*/s/ Robert W. Unikel*
Robert W. Unikel (Ill. Bar No. 6216974)

2