# Exhibit A

████████████████████

**Schedule A: Pre-Trial and Trial Transcript Costs**

| Description | Invoice # | Event Date | Cost |
|---|---|---|---|
| Transcript of Argument by Telephone Conference before Chief Judge Stark | 1408 | January 25, 2021 | $52.50 |
| Transcript of Claim Construction Hearing before Chief Judge Stark | 710 | July 26, 2019 | $268.47 |
| Transcript of Oral Argument Hearing before Chief Judge Stark | 021716-40549-39729 | February 12, 2016 | $144.71 |
| Transcript of Oral Argument Hearing before Chief Judge Stark | 1623 | July 29, 2021 | $390.08 |
| Transcript of Oral Argument Hearing on Section 101 before Chief Judge Stark | 899 | December 20, 2019 | $154.28 |
| Transcript of Pretrial Conference before Judge Hall | 20230070 | April 6, 2023 | $538.65 |
| Transcripts of Jury Trial before Judge Hall | 20230087 | April 21, 2023 April 24-28, 2023 May 1-2, 2023 | $21,051.21 |
| | | **TOTAL** | **$22,599.90** |

# INVOICE

Invoice ID: 0500-2592-0532

| | |
|---|---|
| **Vendor** | Brian P. Gaffigan |
| **Requester** | David Moore [Partner \| dmoore \| dmoore] |
| **Created By** | Nicole Tarantino [Legal Administrative Assistant \| ntarantino \| ntarantino] |
| **Create Date** | 03/31/2021 |

## Invoice Information

| | |
|---|---|
| **Vendor** | Brian P. Gaffigan [002141] |
| **Address** | Brian P. Gaffigan [10829]<br>Official Court Reporter<br> |
| **Invoice Number** | 1408 |
| **Invoice Date** | 02/08/2021 |
| **Invoice Amount** | 105.00 USD |
| **Description** | DEM Motorola/Google - Transcript for 1/25/21 Oral Argument Teleconference |

## Prior Approvers

| | |
|---|---|
| **03/31/2021** | DaBrina Robinson[ Bookkeeping \| drobinson \| drobinson ] |
| **03/31/2021** | David Moore[ Partner \| dmoore \| dmoore ] |

## Special Handling

| | |
|---|---|
| **Check Request** | Yes, Send to Taylor Ehret |

## Allocation Details

| | Amount [USD] |
|---|---|
| **Billable** | 52.50 |
| **Amount To Be Expensed** | 52.50 |

| | | |
|---|---|---|
| **39729** | Google, Inc. | |
| **Line** | 0001 | |
| **Description** | DEM Motorola/Google - Transcript for 1/25/21 Oral Argument Teleconference | |
| **Cost Code** | 1414-Court Reporters-Transcripts | |

Invoice ID: 0500-2592-0532

| Billable | 52.50 |
|---|---|
| Amount To Be Expensed | 52.50 |

| | 40549 | Google, Inc. | |
|---|---|---|---|
| | Line | 0002 | |
| | Description | DEM Motorola/Google - Transcript for 1/25/21 Oral Argument Teleconference | |
| | Cost Code | 1414-Court Reporters-Transcripts | |

## Allocation Summary

| | | Amount (USD) |
|---|---|---|
| 39729 | Google, Inc.<br>Arendi S.A.R.L. v. Motorola Mobility LLC | 52.50 |
| 40549 | Google, Inc.<br>Arendi S.A.R.L. v. Google Inc. | 52.50 |

## Expense Summary

| | Amount (USD) |
|---|---|
| Billable | 105.00 |

Invoice ID: 0500-2592-0532

AO 44 (Rev. 04/18)

# UNITED STATES DISTRICT COURT
### for the
### District of Delaware

| INVOICE | NUMBER 1408 |
|---|---|

| TO: Potter Anderson & Corroon<br>By: David Moore, Esq.<br>c/o Nicole Tarantino | MAKE CHECK PAYABLE TO:<br>Brian P. Gaffigan |
|---|---|
| PHONE: (302) 984-6264<br>FAX: | PHONE: |

## TRANSCRIPTS

| ☐ CRIMINAL  ☑ CIVIL | DATE ORDERED 02/02/2021 | DATE DELIVERED 02/03/2021 |
|---|---|---|

IN THE MATTER OF (CASE NUMBER AND TITLE)
Arendi v Motorola/Google 12-1601/13-919

## CHARGES

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | |
| Ordinary | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| 14-Day | | | 0.00 | 50 | 0.90 | 45.00 | 100 | 0.60 | 60.00 | 105.00 |
| Expedited | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| 3-Day | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Daily | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Hourly | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Realtime | | | 0.00 | | | 0.00 | | | | 0.00 |

| For proceedings on (Date): | 1/25/2021 | TOTAL | 105.00 |
|---|---|---|---|
| Teleconference | | LESS DISCOUNT FOR LATE DELIVERY | 0.00 |
| | | ADD AMOUNT OF DEPOSIT | 0.00 |
| | | AMOUNT DUE (OR REFUND) | 105.00 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day *delivery* rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE OF OFFICIAL COURT REPORTER<br>/ss/ Brian P. Gaffigan | DATE<br>02/08/2021 |
|---|---|

DISTRIBUTION:   TO PARTY (2 copies - 1 to be returned with payment)   COURT REPORTER   COURT REPORTER SUPERVISOR

| Print | Save As... | | Reset |
|---|---|---|---|

# INVOICE

Invoice ID: 0500-1903-7495

| Vendor | Brian P. Gaffigan |
|---|---|
| Requester | David Moore [Partner \| dmoore \| dmoore] |
| Created By | Nicole Tarantino [Legal Administrative Assistant \| ntarantino \| ntarantino] |
| Create Date | 07/31/2019 |

## Invoice Information

| Vendor | Brian P. Gaffigan [002141] |
|---|---|
| Address | Brian P. Gaffigan [10829] |
| | Official Court Reporter |



| Invoice Number | 710 |
|---|---|
| Invoice Date | 07/30/2019 |
| Invoice Amount | 536.94 USD |
| Description | DEM Google/Motorola - Transcript for 7/26/19 Claim Construction Hearing |

## Prior Approvers

| 07/31/2019 | DaBrina Robinson[ Bookkeeping \| drobinson \| drobinson ] |
|---|---|
| 07/31/2019 | David Moore[ Partner \| dmoore \| dmoore ] |

## Special Handling

| Check Request | Yes, Pickup by Nicole Tarantino |
|---|---|
| Rush | Yes |

## Allocation Details

| | Amount [USD] |
|---|---|
| Billable | 268.47 |
| Amount To Be Expensed | 268.47 |

| 40549 | Google, Inc. |
|---|---|
| Line | 0001 |
| Description | DEM Google/Motorola - Transcript for 7/26/19 Claim Construction Hearing |

Invoice ID: 0500-1903-7495

| Cost Code | 1414-Court Reporters-Transcripts | |
|---|---|---|
| **Billable** | | 268.47 |
| **Amount To Be Expensed** | | 268.47 |
| **39729** | Google, Inc. | |
| **Line** | 0002 | |
| **Description** | DEM Google/Motorola - Transcript for 7/26/19 Claim Construction Hearing | |
| **Cost Code** | 1414-Court Reporters-Transcripts | |

## Allocation Summary

| | | Amount (USD) |
|---|---|---|
| **39729** | Google, Inc.<br>Arendi S.A.R.L. v. Motorola Mobility LLC | 268.47 |
| **40549** | Google, Inc.<br>Arendi S.A.R.L. v. Google Inc. | 268.47 |

## Expense Summary

| | Amount (USD) |
|---|---|
| **Billable** | 536.94 |

Invoice ID: 0500-1903-7495

AO 44 (Rev. 04-18)

# UNITED STATES DISTRICT COURT
for the
District of Delaware

| **INVOICE** | NUMBER 710 |
|---|---|

| TO:  Potter Anderson & Corroon, LLP<br>By:  David E. Moore, Esq.<br>c/o Nicole Tarantino<br><br>PHONE:    (302) 984-6264<br>FAX | MAKE CHECK PAYABLE TO:<br>Brian P. Gaffigan, U.S. Courthouse<br>844 King Street, Lockbox 25<br>Wilmington, DE  19801<br><br>PHONE:    (302) 573-6360 |
|---|---|

## TRANSCRIPTS

| ☐ CRIMINAL    ☑ CIVIL | DATE ORDERED 07/26/2019 | DATE DELIVERED 07/30/2019 |
|---|---|---|

IN THE MATTER OF (CASE NUMBER AND TITLE)
Arendi v LG Electronics, et al, 12cv1595 (and six others), Claim Construction Hearing held on 7/26/2019

## CHARGES

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUB TOTAL | PAGES | PRICE | SUB TOTAL | PAGES | PRICE | SUB TOTAL | |
| Ordinary | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| 14-Day | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Expedited | | | 0.00 | 171 | 1.94 | 331.74 | 342 | 0.60 | 205.20 | 536.94 |
| 3-Day | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Daily | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Hourly | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Realtime | | | 0.00 | | | 0.00 | | | | 0.00 |

| For proceedings on (Date):    7/26/19. | TOTAL | 536.94 |
|---|---|---|
| Val Gunning - pages | LESS DISCOUNT FOR LATE DELIVERY | 0.00 |
| | ADD AMOUNT OF DEPOSIT | 0.00 |
| | AMOUNT DUE (OR REFUND) | 536.94 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE OF OFFICIAL COURT REPORTER<br>/s/  Brian P. Gaffigan | DATE<br>07/30/2019 |
|---|---|

DISTRIBUTION:    TO PARTY (2 copies - 1 to be returned with payment)    COURT REPORTER    COURT REPORTER SUPERVISOR

| Print | Save As... | Reset |
|---|---|---|

# INVOICE

Invoice ID: 0500-0631-3057

| | |
|---|---|
| **Vendor** | Brian P. Gaffigan |
| **Requester** | David Moore [Partner | dmoore | dmoore] |
| **Created By** | Nicole Tarantino [Legal Administrative Assistant | ntarantino | ntarantino] |
| **Create Date** | 02/23/2016 |

## Invoice Information

| | |
|---|---|
| **Vendor** | Brian P. Gaffigan [002141] |
| **Address** | Brian P. Gaffigan [36048] |
| | Official Court Reporter |
| **Invoice Number** | 021716-40549-39729 |
| **Invoice Date** | 02/17/2016 |
| **Invoice Amount** | 289.42 USD |
| **Description** | DEM Google - Transcript for 2/12/16 Oral Argument Hearing |

## Prior Approvers

| | |
|---|---|
| **02/23/2016** | DaBrina Robinson[ Bookkeeping | drobinson | drobinson ] |
| **02/29/2016** | David Moore[ Partner | dmoore | dmoore ] |

## Special Handling

| | |
|---|---|
| **Check Request** | Yes, Pickup by Nicole Tarantino |

## Allocation Details

| | Amount [USD] |
|---|---|
| **Billable** | 144.71 |
| **Amount To Be Expensed** | 144.71 |

| | | |
|---|---|---|
| **40549** | Google, Inc. | |
| **Line** | 0001 | |
| **Description** | DEM Google - Transcript for 2/12/16 Oral Argument Hearing | |
| **Cost Code** | 1414-Court Reporters-Transcripts | |

| | Amount [USD] |
|---|---|
| **Billable** | 144.71 |
| **Amount To Be Expensed** | 144.71 |

Invoice ID: 0500-0631-3057

| | |
|---|---|
| **39729** | Google, Inc. |
| **Line** | 0002 |
| **Description** | DEM Google - Transcript for 2/12/16 Oral Argument Hearing |
| **Cost Code** | 1414-Court Reporters-Transcripts |

## Allocation Summary

| | | Amount (USD) |
|---|---|---|
| **39729** | Google, Inc.<br>Arendi S.A.R.L. v. Motorola Mobility LLC | 144.71 |
| **40549** | Google, Inc.<br>Arendi S.A.R.L. v. Google Inc. | 144.71 |

## Expense Summary

| | Amount (USD) |
|---|---|
| **Billable** | 289.42 |

Invoice ID: 0500-0631-3057

**Tarantino, Nicole M.**

| | |
|---|---|
| **From:** | Brian_Gaffigan@ded.uscourts.gov |
| **Sent:** | Wednesday, February 17, 2016 8:25 AM |
| **To:** | Tarantino, Nicole M.; Baker, Melinda S. |
| **Subject:** | REVISED BILLING: In Re: Arendi S.A.R.L. v LG Electronics Inc., et al., Civil Action No. 12cv1595-LPS, et al., 2/12/16 ORAL ARGUMENT HEARING. Please print bill and forward for payment. Your transcript is attached. Thank you. |
| **Attachments:** | 2 12 16, Arendi v LG Electronics,Inc, 12cv1595, et al-LPS (Oral Argument Hearing).txt; 2 12 16, Arendi v LG Electronics,Inc, 12cv1595, et al-LPS (Oral Argument Hearing)_Condensed.pdf |
| **Categories:** | 6 Transcripts |

Brian P. Gaffigan
Official Court Reporter

████████████

Tax ID ███████

February 17, 2016

Potter Anderson & Corroon, LLP
By: David E. Moore, Esq.

**In Re: Arendi S.A.R.L. v LG Electronics Inc., et al.**
**Civil Action No. 12cv1595-LPS, et al.**

2/12/16 Oral Argument Hearing, 1 condensed PDF transcript, 1 ASCII
(Also delivered last night. This is courtesy copy and billing.)

$4.99 x 58 pages = $289.42

Please print this as a receipt and enclose a copy of this email with check made payable to Brian Gaffigan, send it to the above-listed address. If paid, use this as a receipt*

1

# INVOICE

Invoice ID: 0500-2861-6031

| | |
|---|---|
| **Vendor** | Brian P. Gaffigan |
| **Requester** | David Moore [Partner \| dmoore \| dmoore] |
| **Created By** | Nicole Tarantino [Legal Administrative Assistant \| ntarantino \| ntarantino] |
| **Create Date** | 10/25/2021 |

## Invoice Information

| | |
|---|---|
| **Vendor** | Brian P. Gaffigan [002141] |
| **Address** | Brian P. Gaffigan [10829] |
| | Official Court Reporter |



| | |
|---|---|
| **Invoice Number** | 1623 |
| **Invoice Date** | 08/20/2021 |
| **Invoice Amount** | 780.16 USD |
| **Description** | DEM Motorola/Google-Transcript for 7/29/21 Oral Argument Hearing |

## Prior Approvers

| | |
|---|---|
| **10/25/2021** | Angela Fowlkes[ AP Coordinator \| afowlkes \| afowlkes ] |
| **11/01/2021** | Nicole Tarantino[ Legal Administrative Assistant \| ntarantino \| ntarantino ] |

## Special Handling

| | |
|---|---|
| **Check Request** | Yes, Send to Taylor Ehret |

## Allocation Details

| | Amount [USD] |
|---|---|
| **Billable** | 390.08 |
| **Amount To Be Expensed** | 390.08 |
| **39729** Google, Inc. | |
| **Line** 0001 | |
| **Description** DEM Motorola/Google-Transcript for 7/29/21 Oral Argument Hearing | |

Invoice ID: 0500-2861-6031

| Cost Code | 1414-Court Reporters-Transcripts | |
|---|---|---|
| **Billable** | | 390.08 |
| **Amount To Be Expensed** | | 390.08 |
| **40549** | Google, Inc. | |
| **Line** | 0002 | |
| **Description** | DEM Motorola/Google-Transcript for 7/29/21 Oral Argument Hearing | |
| **Cost Code** | 1414-Court Reporters-Transcripts | |

## Allocation Summary

| | | Amount (USD) |
|---|---|---|
| **39729** | Google, Inc. <br> Arendi S.A.R.L. v. Motorola Mobility LLC | 390.08 |
| **40549** | Google, Inc. <br> Arendi S.A.R.L. v. Google Inc. | 390.08 |

## Expense Summary

| | Amount (USD) |
|---|---|
| **Billable** | 780.16 |

Invoice ID: 0500-2861-6031

AO 44 (Rev. 04/18)

## UNITED STATES DISTRICT COURT
for the
District of Delaware

| INVOICE | NUMBER |
|---|---|
| | 1623 |

TO:    Potter Anderson & Corron
       By:  David Moore, Esq.
       c/o  Nicole Tarantino

MAKE CHECK PAYABLE TO:

Brian P. Gaffigan

PHONE:    (302) 984-6264

PHONE:

FAX:

### TRANSCRIPTS

| CRIMINAL | ✓ CIVIL | DATE ORDERED 07/30/2021 | DATE DELIVERED 08/02/2021 |
|---|---|---|---|

IN THE MATTER OF (CASE NUMBER AND TITLE)
Arendi v. Motorola/Google 12-1601/13-919

### CHARGES

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | |
| Ordinary | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| 14-Day | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Expedited | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| 3-Day | 212 | 2.18 | 462.16 | | | 0.00 | 424 | 0.75 | 318.00 | 780.16 |
| Daily | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Hourly | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Realtime | | | 0.00 | | | 0.00 | | | | 0.00 |

| For proceedings on (Date): | 07/29/2021 | TOTAL | 780.16 |
|---|---|---|---|
| Oral Argument Hearing | | LESS DISCOUNT FOR LATE DELIVERY | 0.00 |
| | | ADD AMOUNT OF DEPOSIT | 0.00 |
| | | AMOUNT DUE (OR REFUND) | 780.16 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day *delivery* rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE OF OFFICIAL COURT REPORTER | DATE |
|---|---|
| /ss/ Brian P. Gaffigan | 08/03/2021 |

DISTRIBUTION:    TO PARTY (2 copies - 1 to be returned with payment)    COURT REPORTER    COURT REPORTER SUPERVISOR

| Print | Save As... | | Reset |
|---|---|---|---|

# INVOICE

Invoice ID: 0500-2088-4833

| | |
|---|---|
| **Vendor** | Brian P. Gaffigan |
| **Requester** | Stephanie O'Byrne [Associate \| so'byrne \| so'byrne] |
| **Created By** | Nicole Tarantino [Legal Administrative Assistant \| ntarantino \| ntarantino] |
| **Create Date** | 12/30/2019 |

## Invoice Information

|  |  |
|---|---|
| **Vendor** | Brian P. Gaffigan [002141] |
| **Address** | Brian P. Gaffigan [10829] |
| | Official Court Reporter |



|  |  |
|---|---|
| **Invoice Number** | 899 |
| **Invoice Date** | 12/30/2019 |
| **Invoice Amount** | 308.55 USD |
| **Description** | DEM Motorola/Google - Transcript for 12/20/19 Oral Argument Hearing |

## Prior Approvers

| | |
|---|---|
| **12/30/2019** | DaBrina Robinson[ Bookkeeping \| drobinson \| drobinson ] |
| **12/30/2019** | DaBrina Robinson[ Bookkeeping \| drobinson \| drobinson ] |
| **12/30/2019** | Mae Prestera[ Chief Financial Officer \| mprestera \| mprestera ] |

## Special Handling

| | |
|---|---|
| **Check Request** | Yes, Pickup by Nicole Tarantino |
| **Rush** | Yes |

## Allocation Details

| | Amount [USD] |
|---|---|
| **Billable** | 154.28 |
| **Amount To Be Expensed** | 154.28 |
| **40549**  Google, Inc. | |
| **Line**  0001 | |

Invoice ID: 0500-2088-4833

| | | |
|---|---|---|
| **Description** | DEM Motorola/Google - Transcript for 12/20/19 Oral Argument Hearing | |
| **Cost Code** | 1414-Court Reporters-Transcripts | |

| | | |
|---|---|---|
| **Billable** | | 154.27 |
| **Amount To Be Expensed** | | 154.27 |

| | | |
|---|---|---|
| **39729** | Google, Inc. | |
| **Line** | 0002 | |
| **Description** | DEM Motorola/Google - Transcript for 12/20/19 Oral Argument Hearing | |
| **Cost Code** | 1414-Court Reporters-Transcripts | |

## Allocation Summary

| | | Amount (USD) |
|---|---|---|
| **39729** | Google, Inc.<br>Arendi S.A.R.L. v. Motorola Mobility LLC | 154.27 |
| **40549** | Google, Inc.<br>Arendi S.A.R.L. v. Google Inc. | 154.28 |

## Expense Summary

| | Amount (USD) |
|---|---|
| **Billable** | 308.55 |

Invoice ID: 0500-2088-4833

AO 44 (Rev. 04/18)

# UNITED STATES DISTRICT COURT
for the
District of Delaware

| INVOICE | NUMBER 899 |
|---|---|

| | |
|---|---|
| TO:    Potter Anderson & Corroon, LLP<br>By:  David E. Moore, Esq.<br>c/o Nicole Tarantino | MAKE CHECK PAYABLE TO:<br><br>Brian P. Gaffigan<br>U.S. Courthouse, Lockbox 25<br>Wilmington, DE  19801. |
| PHONE:    (302) 984-6264<br><br>FAX: | PHONE:    (302) 573-6360 |

### TRANSCRIPTS

| CRIMINAL | ✔ CIVIL | DATE ORDERED<br>12/26/2019 | DATE DELIVERED<br>12/27/2019 |
|---|---|---|---|

IN THE MATTER OF (CASE NUMBER AND TITLE)
Arendi v LG, et al, 12cv1595, et al-LPS (101 hearing)

### CHARGES

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE /a | SUB TOTAL | PAGES | PRICE /a | SUB TOTAL | PAGES | PRICE /a | SUB TOTAL | |
| Ordinary | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| 14-Day | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Expedited | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| 3-Day | | | 0.00 | 121 | 1.05 | 127.05 | 242 | 0.75 | 181.50 | 308.55 |
| Daily | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Hourly | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Realtime | | | 0.00 | | | 0.00 | | | | 0.00 |

| For proceedings on (Date):  12/20/19 | | TOTAL | 308.55 |
|---|---|---|---|
| VAL - pages | | LESS DISCOUNT FOR LATE DELIVERY | 0.00 |
| | | ADD AMOUNT OF DEPOSIT | |
| | | AMOUNT DUE (OR REFUND) | 308.55 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day *delivery* rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE OF OFFICIAL COURT REPORTER<br>/s/ Brian P. Gaffigan | DATE<br>12/30/2019 |
|---|---|

DISTRIBUTION:    TO PARTY (2 copies - 1 to be returned with payment)    COURT REPORTER    COURT REPORTER SUPERVISOR

| Print | Save As... | Reset |
|---|---|---|

# INVOICE

Invoice ID: 0500-3660-4832

| | |
|---|---|
| **Vendor** | Bonnie R. Archer, RPR Court Reporter |
| **Requester** | David Moore [Partner \| dmoore \| dmoore] |
| **Created By** | Nicole Tarantino [Legal Administrative Assistant \| ntarantino \| ntarantino] |
| **Create Date** | 04/25/2023 |

## Invoice Information

| | |
|---|---|
| **Vendor** | Bonnie R. Archer, RPR Court Reporter [009582] |
| **Address** | Bonnie R. Archer, RPR Court Reporter [2284160]<br>Superior Court Reporters<br> |
| **Invoice Number** | 20230070 |
| **Invoice Date** | 04/07/2023 |
| **Invoice Amount** | 538.65 USD |
| **Description** | DEM Google - Transcript for 4/6/23 Pretrial Conference |

## Prior Approvers

| | |
|---|---|
| **04/25/2023** | Angela Fowlkes[ AP Coordinator \| afowlkes \| afowlkes ] |
| **04/27/2023** | David Moore[ Partner \| dmoore \| dmoore ] |

## Special Handling

| | |
|---|---|
| **Check Request** | Yes, Send to Nicole Tarantino |

## Allocation Details

| | Amount [USD] |
|---|---|
| Billable | 538.65 |
| Amount To Be Expensed | 538.65 |

| | | |
|---|---|---|
| **12599.00040** | Google LLC | |
| **Line** | 0001 | |
| **Description** | DEM Google - Transcript for 4/6/23 Pretrial Conference | |
| **Cost Code** | 1414-Court Reporters-Transcripts | |

Amount (USD)

Invoice ID: 0500-3660-4832

## Allocation Summary

| 12599.00040 | Google LLC | 538.65 |
| | Arendi S.A.R.L. v. Google Inc. | |

## Expense Summary

| | Amount (USD) |
|---|---|
| **Billable** | 538.65 |

Invoice ID: 0500-3660-4832

| ST44 Rev. 04/18<br>Derived from AO44 Rev. 04/18 | UNITED STATES DISTRICT COURT<br>For the District of Delaware |
|---|---|

INVOICE 20230070

**MAKE CHECKS PAYABLE TO:**

Nicole Tarantino
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
Wilmington, DE 19801

Bonnie Archer

▮▮▮▮▮▮

bonnie_archer@ded.uscourts.gov

| __ CRIMINAL | X CIVIL | DATE ORDERED: 04-07-2023 | DATE DELIVERED: 04-07-2023 |
|---|---|---|---|

**In the matter of:** 13-919-JLH, Arendi v Google

Pretrial conference transcript April 6, 2023

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| 3-Day | | | | | | | | | | |
| Daily | 105 | 3.03 | 318.15 | 105 | 1.20 | 126.00 | 105 | 0.90 | 94.50 | 538.65 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. | | | | | | | | | Misc. Charges | |
| | | | | | | | | | Subtotal | 538.65 |
| | | | | | | | | | Less Discount for Late Delivery | |
| | | | | | | | | | Tax (If Applicable) | |
| | | | | | | | | | Less Amount of Deposit | |
| | | | | | | | | | Total Refund | |
| | | | | | | | | | Total Due | 538.65 |

ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE Bonnie R. Archer | DATE 04-07-2023 |
|---|---|

DISTRIBUTION:  TO PARTY (2 copies - 1 to be returned with payment)  COURT REPORTER  COURT REPORTER SUPERVISOR

# INVOICE

Invoice ID: 0500-3723-5356

| | |
|---|---|
| **Vendor** | Bonnie R. Archer, RPR Court Reporter |
| **Requester** | David Moore [Partner | dmoore | dmoore] |
| **Created By** | Nicole Tarantino [Legal Administrative Assistant | ntarantino | ntarantino] |
| **Create Date** | 06/06/2023 |

## Invoice Information

| | |
|---|---|
| **Vendor** | Bonnie R. Archer, RPR Court Reporter [009582] |
| **Address** | Bonnie R. Archer, RPR Court Reporter [2284160]<br>Superior Court Reporters<br> |
| **Invoice Number** | 20230087 |
| **Invoice Date** | 06/02/2023 |
| **Invoice Amount** | 21,051.21 USD |
| **Description** | DEM - Google - Transcript for Trial from 4/21/23 through 5/2/23 |

## Prior Approvers

| | |
|---|---|
| **06/06/2023** | Angela Fowlkes[ AP Coordinator | afowlkes | afowlkes ] |
| **06/12/2023** | David Moore[ Partner | dmoore | dmoore ] |

## Special Handling

| | |
|---|---|
| **Check Request** | Yes, Send to Nicole Tarantino |

## Allocation Details

| | Amount [USD] |
|---|---|
| **Billable** | 21,051.21 |
| **Amount To Be Expensed** | 21,051.21 |

| | |
|---|---|
| **12599.00040** | Google LLC |
| **Line** | 0001 |
| **Description** | DEM - Google - Transcript for Trial from 4/21/23 through 5/2/23 |
| **Cost Code** | 1414-Court Reporters-Transcripts |

Amount (USD)

Invoice ID: 0500-3723-5356

## Allocation Summary

| 12599.00040 | Google LLC | 21,051.21 |
|---|---|---|
| | Arendi S.A.R.L. v. Google Inc. | |

## Expense Summary

| | Amount (USD) |
|---|---|
| **Billable** | 21,051.21 |

Invoice ID: 0500-3723-5356

| ST44 Rev. 04/18<br>Derived from AO44 Rev. 04/18 | UNITED STATES DISTRICT COURT<br>For the District of Delaware |
|---|---|

INVOICE 20230087

MAKE CHECKS PAYABLE TO:

Nicole Tarantino
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
Wilmington, DE 19801

Bonnie Archer

bonnie_archer@ded.uscourts.gov

| _ CRIMINAL | X CIVIL | DATE ORDERED. 05-16-2023 | DATE DELIVERED. 05-18-2023 |
|---|---|---|---|

In the matter of: 13-919-JLH, Arendi v Google

Jury Trial 4/21/23 - 5/2/23

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| 3-Day | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | 1907 | 3.63 | 6922.41 | 1907 | 1.20 | 2288.40 | 1907 | 0.90 | 1716.30 | 10927.11 |
| Realtime | 1607 | 6.30 | 10124.10 | | | | | | | 10124.10 |
| Misc. | | | | | | | | | Misc. Charges | |
| | | | | | | | | | Subtotal | 21051.21 |
| | | | | | | | | Less Discount for Late Delivery | | |
| | | | | | | | | Tax (If Applicable) | | |
| | | | | | | | | Less Amount of Deposit | | |
| | | | | | | | | Total Refund | | |
| | | | | | | | | Total Due | | 21051.21 |

ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate. and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE Bonnie R. Archer | DATE 06-02-2023 |
|---|---|

DISTRIBUTION:    TO PARTY (2 copies - 1 to be returned with payment)    COURT REPORTER    COURT REPORTER SUPERVISOR