# Exhibit C

**Schedule C: Witness Fees**

| Vendor | Invoice No. | Invoice Date | Witness | Total Costs | Daily Fees | Lodging per Diem | M&IE per Diem |
|---|---|---|---|---|---|---|---|
| | | | Brahim Elbouchikhi - Trial Attendance | $462.00 | $40.00 | $262.00 | $160.00 |
| | | | Abodunrinwa Toki - Trial Attendance | $462.00 | $40.00 | $262.00 | $160.00 |
| | | | Ted Choc - Trial Attendance | $1,733.00 | $240.00 | $917.00 | $576.00 |
| | | | Martin Rinard - Trial Attendance | $1,167.00 | $160.00 | $655.00 | $352.00 |
| | | | Edward Fox - Trial Attendance | $1,402.00 | $200.00 | $786.00 | $416.00 |
| | | | Douglas Kidder - Trial Attendance | $932.00 | $120.00 | $524.00 | $288.00 |
| Nationwide | 197211 | August 16, 2019 | Georgia Institute of Technology - Deposition Attendance | $40.00 | | | |
| Nationwide | 198671 | September 6, 2019 | Herbert Lichtman - Deposition Attendance | $40.00 | | | |
| Nationwide | 198671 | September 6, 2019 | David Lax - Deposition Attendance | $40.00 | | | |
| Nationwide | 199197 | September 13, 2019 | Anind Dey - Deposition Attendance | $40.00 | | | |
| | | | **TOTAL** | **$6,318.00** | | | |


An official website of the United States government



**U.S. General Services Administration**

This is archived information. It may contain outdated contact names, telephone numbers, Web links, or other information. For up-to-date information visit GSA.gov pages by topic or contact our Office of Public Affairs at press@gsa.gov. For a list of public affairs officers by beat, visit the GSA Newsroom.

**August 17, 2022**

# FY 2023 CONUS Per Diem Rates for Federal Travelers Released

WASHINGTON — Today, the U.S. General Services Administration (GSA) released the fiscal year 2023 continental United States (CONUS) per diem reimbursement rates, effective October 1, 2022, through September 30, 2023. For FY 2023, the maximum lodging allowance rates in some existing per diem localities will increase and the standard CONUS lodging rate will increase from $96 to $98, resulting in 316 locations receiving a maximum lodging allowance higher than the standard rate. The M&IE per diem tiers for FY 2023 are unchanged at $59-$79, with the standard M&IE rate unchanged at $59.

GSA bases the maximum lodging allowances on historical average daily rate (ADR) data, less five percent. However, the COVID-19 pandemic led to unprecedented declines in ADR, followed by a volatile hotel industry recovery. In light of these conditions, GSA made upward adjustments based on recent ADR data. FY 2022 rates, which were based on pre-pandemic data, served as a floor to ensure that maximum lodging allowances for federal travelers are sufficient in FY 2023 as the hotel industry recovery continues.

For more information on FY 2023 per diem reimbursement rates, visit: gsa.gov/perdiem.

### ###

**About GSA:** GSA provides centralized procurement for the federal government, managing a nationwide real estate portfolio of nearly 370 million rentable square feet and overseeing approximately $75 billion in annual contracts. GSA's mission is to deliver the best value in real estate, acquisition, and technology services across government, in support of the Biden-Harris administration's priorities. For more information, visit GSA.gov and follow us at @USGSA.

Last updated: Aug 17, 2022

Case 1:13-cv-00919-JLH   Document 631-3   Filed 08/03/26   Page 3 of 14 PageID #: 63201

# FY 23 Per Diem by ZIP Code

| DestinationID | Name | County | LocationDefined | State | Zip | FiscalYear | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Meals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 78 | Wilmington | New Castle County, DE | New Castle | DE | 19701 | 2023 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $64.00 |
| 78 | Wilmington | New Castle County, DE | New Castle | DE | 19702 | 2023 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $64.00 |
| 78 | Wilmington | New Castle County, DE | New Castle | DE | 19703 | 2023 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $64.00 |
| 78 | Wilmington | New Castle County, DE | New Castle | DE | 19706 | 2023 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $64.00 |
| 78 | Wilmington | New Castle County, DE | New Castle | DE | 19707 | 2023 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $64.00 |
| 78 | Wilmington | New Castle County, DE | New Castle | DE | 19708 | 2023 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $64.00 |
| 78 | Wilmington | New Castle County, DE | New Castle | DE | 19709 | 2023 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $64.00 |
| 78 | Wilmington | New Castle County, DE | New Castle | DE | 19710 | 2023 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $64.00 |
| 78 | Wilmington | New Castle County, DE | New Castle | DE | 19711 | 2023 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $64.00 |
| 78 | Wilmington | New Castle County, DE | New Castle | DE | 19712 | 2023 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $64.00 |
| 78 | Wilmington | New Castle County, DE | New Castle | DE | 19713 | 2023 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $64.00 |
| 78 | Wilmington | New Castle County, DE | New Castle | DE | 19714 | 2023 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $64.00 |
| 78 | Wilmington | New Castle County, DE | New Castle | DE | 19715 | 2023 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $64.00 |
| 78 | Wilmington | New Castle County, DE | New Castle | DE | 19716 | 2023 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $64.00 |
| 78 | Wilmington | New Castle County, DE | New Castle | DE | 19717 | 2023 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $64.00 |
| 78 | Wilmington | New Castle County, DE | New Castle | DE | 19718 | 2023 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $64.00 |
| 78 | Wilmington | New Castle County, DE | New Castle | DE | 19720 | 2023 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $64.00 |
| 78 | Wilmington | New Castle County, DE | New Castle | DE | 19721 | 2023 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $64.00 |
| 78 | Wilmington | New Castle County, DE | New Castle | DE | 19725 | 2023 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $64.00 |
| 78 | Wilmington | New Castle County, DE | New Castle | DE | 19726 | 2023 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $64.00 |
| 78 | Wilmington | New Castle County, DE | New Castle | DE | 19730 | 2023 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $64.00 |
| 78 | Wilmington | New Castle County, DE | New Castle | DE | 19731 | 2023 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $64.00 |
| 78 | Wilmington | New Castle County, DE | New Castle | DE | 19732 | 2023 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $64.00 |
| 78 | Wilmington | New Castle County, DE | New Castle | DE | 19733 | 2023 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $64.00 |
| 78 | Wilmington | New Castle County, DE | New Castle | DE | 19734 | 2023 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $64.00 |
| 78 | Wilmington | New Castle County, DE | New Castle | DE | 19735 | 2023 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $64.00 |
| 78 | Wilmington | New Castle County, DE | New Castle | DE | 19736 | 2023 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $64.00 |
| 78 | Wilmington | New Castle County, DE | New Castle | DE | 19801 | 2023 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $64.00 |
| 78 | Wilmington | New Castle County, DE | New Castle | DE | 19802 | 2023 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $64.00 |
| 78 | Wilmington | New Castle County, DE | New Castle | DE | 19803 | 2023 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $64.00 |
| 78 | Wilmington | New Castle County, DE | New Castle | DE | 19804 | 2023 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $64.00 |
| 78 | Wilmington | New Castle County, DE | New Castle | DE | 19805 | 2023 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $64.00 |
| 78 | Wilmington | New Castle County, DE | New Castle | DE | 19806 | 2023 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $64.00 |
| 78 | Wilmington | New Castle County, DE | New Castle | DE | 19807 | 2023 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $64.00 |
| 78 | Wilmington | New Castle County, DE | New Castle | DE | 19808 | 2023 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $64.00 |
| 78 | Wilmington | New Castle County, DE | New Castle | DE | 19809 | 2023 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $64.00 |
| 78 | Wilmington | New Castle County, DE | New Castle | DE | 19810 | 2023 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $64.00 |
| 78 | Wilmington | New Castle County, DE | New Castle | DE | 19850 | 2023 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $64.00 |
| 78 | Wilmington | New Castle County, DE | New Castle | DE | 19880 | 2023 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $64.00 |
| 78 | Wilmington | New Castle County, DE | New Castle | DE | 19884 | 2023 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $64.00 |
| 78 | Wilmington | New Castle County, DE | New Castle | DE | 19885 | 2023 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $64.00 |
| 78 | Wilmington | New Castle County, DE | New Castle | DE | 19886 | 2023 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $64.00 |
| 78 | Wilmington | New Castle County, DE | New Castle | DE | 19890 | 2023 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $64.00 |
| 78 | Wilmington | New Castle County, DE | New Castle | DE | 19891 | 2023 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $64.00 |
| 78 | Wilmington | New Castle County, DE | New Castle | DE | 19892 | 2023 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $64.00 |
| 78 | Wilmington | New Castle County, DE | New Castle | DE | 19893 | 2023 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $64.00 |
| 78 | Wilmington | New Castle County, DE | New Castle | DE | 19894 | 2023 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $64.00 |
| 78 | Wilmington | New Castle County, DE | New Castle | DE | 19895 | 2023 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $64.00 |
| 78 | Wilmington | New Castle County, DE | New Castle | DE | 19896 | 2023 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $64.00 |
| 78 | Wilmington | New Castle County, DE | New Castle | DE | 19897 | 2023 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $64.00 |
| 78 | Wilmington | New Castle County, DE | New Castle | DE | 19898 | 2023 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $64.00 |
| 78 | Wilmington | New Castle County, DE | New Castle | DE | 19899 | 2023 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $64.00 |
| 78 | Wilmington | New Castle County, DE | New Castle | DE | 19938 | 2023 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $64.00 |
| 78 | Wilmington | New Castle County, DE | New Castle | DE | 19977 | 2023 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $131.00 | $64.00 |

**M&IE Breakdown, FY 2022 – FY 2024**

| M&IE Total (1) | Continental Breakfast/ Breakfast (2) | Lunch (2) | Dinner (2) | Incidental Expenses | First and Last Day (3) |
|---|---|---|---|---|---|
| **$59** | $13 | $15 | $26 | $5 | $44.25 |
| **$64** | $14 | $16 | $29 | $5 | $48.00 |
| **$69** | $16 | $17 | $31 | $5 | $51.75 |
| **$74** | $17 | $18 | $34 | $5 | $55.50 |
| **$79** | $18 | $20 | $36 | $5 | $59.25 |

1. This column lists the full daily amount federal employees receive for a single calendar day of travel when that day is neither the first nor last day of travel.
2. The separate amounts for breakfast, lunch and dinner listed in the chart are provided should you need to deduct any of those meals from your trip voucher. For example, if your trip includes meals that are already paid for by the government (such as through a registration fee for a conference), you will need to deduct those meals from your voucher. Refer to Section 301-11.18 of the Federal Travel Regulation for specific guidance on deducting these amounts from your per diem reimbursement claims for meals furnished to you by the government. Other organizations may have different rules that apply for their employees; please check with your organization for more assistance.
3. This column lists the amount federal employees receive for the first and last calendar day of travel. The first and last calendar day of travel is calculated at 75 percent.

https://www.gsa.gov/system/files/FY%202022%20MIE%20Breakdown_0.docx



**NATIONWIDE LEGAL LLC.**

1609 JAMES M. WOOD BLVD | LOS ANGELES | CA 90015

O.K. TO PAY
GARY DE GUZMAN

| Invoice # | Customer # |
|---|---|
| 197211 | 200 |
| 8/16/19 | 4,625.33 |
| **Invoice Date** | **Total Invoice** |

PAUL HASTINGS LLP
515 SOUTH FLOWER STREET
22nd floor
LOS ANGELES, CA 90071

FOR ANY BILLING INQUIRIES
PLEASE CALL ACCOUNTING AT
(213) 249-9970
TAX ID #

## Cut here and return with payment

| Date | Control No. | Svc. Type | Customer No. 200 | Invoice No. 197211 | Period Ending 8/16/19 | Amount Due 4,625.33 | Page 1 | Breakdown | Total |
|---|---|---|---|---|---|---|---|---|---|

| Date | Control No. | Svc. Type | | | Breakdown | Total |
|---|---|---|---|---|---|---|
| 8/12/19 | 1215129 | SP | PAUL HASTINGS LLP | THOMAS FAULHABER | Base Chg : 295.00 | |
| | | | 515 SOUTH FLOWER STREET | | PDF/Pages : 85.25 | 380.25 |
| SPECIAL OUT STATE PROCESS | | | LOS ANGELES     CA 90071 | | | |
| | | | Caller: MINDY MARSHALL | | | |
| | | | Case Number: 13-0919-LPS | Case Title: ARNDI SARL VS GOOGLE | | |
| | | | Documents: FED/SUBP TO TESTIFY 9/17/19 9:00AM | | | |
| | | | Client/Matter: 98263.00004 | Signed by: RETURNED NON-SERVED | | |
| | | | Pieces/Pages:   55 | | | |

Total ▶ Continued



**NATIONWIDE LEGAL LLC.**     INVOICE PAYMENT DUE UPON RECEIPT



**1609 JAMES M. WOOD BLVD | LOS ANGELES | CA 90015**

| Invoice # | Customer # |
|---|---|
| 197211 | 200 |
| 8/16/19 | 4,625.33 |
| **Invoice Date** | **Total Invoice** |

PAUL HASTINGS LLP
515 SOUTH FLOWER STREET
22nd floor
LOS ANGELES, CA 90071

FOR ANY BILLING INQUIRIES
PLEASE CALL ACCOUNTING AT
(213) 249-9970
TAX ID # ▪▪▪▪▪

✂ ----- Cut here and return with payment ------------------------------------------

| Customer No. | Invoice No. | Period Ending | Amount Due | Page |
|---|---|---|---|---|
| 200 | 197211 | 8/16/19 | 4,625.33 | 2 |

| Date | Control No. | Svc. Type | | | | Breakdown | Total |
|---|---|---|---|---|---|---|---|
| 8/12/19 | 1215130 | REL | PAUL HASTINGS LLP<br>515 SOUTH FLOWER STREET<br>LOS ANGELES    CA 90071<br>Caller: MINDY MARSHALL | THOMAS FAULHABER<br>▪▪▪▪▪ | | Base Chg  :  125.00<br>PDF/Pages :  70.00 | 195.00 |
| RELATED ENTITY | | | Case Number: 12-1601-LPS<br>Documents: FED/SUBP TO TESTIFY 9/17/19 9:00AM<br>Client/Matter: 98263.00004<br>Pieces/Pages:    56 | Case Title: ARNDI SARL V MOTORLA<br>Signed by: RETURNED NON-SERVED | | | |
| 8/13/19 | 1215365 | SP | PAUL HASTINGS LLP<br>515 SOUTH FLOWER STREET<br>LOS ANGELES    CA 90071<br>Caller: MINDY MARSHALL | GEORGIA INSTITUTE OF TECHNOLOGY<br>760 SPRING STREET N.W.,<br>ATLANTA    GA 30332 | | Base Chg  :  295.00<br>Adv Fees  :  42.00<br>Check Chgs:  4.20<br>PDF/Pages :  68.75<br>Ship/Misc.:  45.00 | 454.95 |
| SPECIAL OUT STATE PROCESS | | | Case Number: 13-0919-LPS<br>Documents: FED/SUBP TO TESTIFY 9/19/19 9:00AM<br>Client/Matter: 98263.00004<br>Pieces/Pages:    55 | Case Title: ARNDI SARL VS GOOGLE<br>Signed by: KATE WASH, PERSONAL | | | |

Total ▶    Continued

    INVOICE PAYMENT DUE UPON RECEIPT



**NATIONWIDE LEGAL LLC.**

1609 JAMES M. WOOD BLVD | LOS ANGELES | CA 90015

| Invoice # | Customer # |
|---|---|
| 197211 | 200 |
| 8/16/19 | 4,625.33 |
| Invoice Date | Total Invoice |

PAUL HASTINGS LLP
515 SOUTH FLOWER STREET
22nd floor
LOS ANGELES, CA 90071

FOR ANY BILLING INQUIRIES
PLEASE CALL ACCOUNTING AT
(213) 249-9970
TAX ID # ███████

## Cut here and return with payment

| Customer No. | Invoice No. | Period Ending | Amount Due | Page |
|---|---|---|---|---|
| 200 | 197211 | 8/16/19 | 4,625.33 | 3 |

| Date | Control No. | Svc. Type | | | Breakdown | Total |
|---|---|---|---|---|---|---|
| 8/13/19 | 1215369 | REL | PAUL HASTINGS LLP<br>515 SOUTH FLOWER STREET<br>LOS ANGELES      CA 90071<br>Caller: MINDY MARSHALL<br>Case Number: 12-1601-LPS<br>Documents: FED/SUBP TO TESTIFY 9/19/19 9:00AM<br>Client/Matter: 98263.00004<br>Pieces/Pages:    56 | GEORGIA INSTITUTE OF TECHNOLOGY<br>760 SPRING STREET N.W.,<br>ATLANTA            GA 30332<br><br>Case Title: ARNDI SARL V MOTORLA<br>Signed by: KATE WASH, PERSONAL | Base Chg  : 125.00<br>Adv Fees  :  42.00<br>Check Chgs:   4.20<br>PDF/Pages :  70.00 | 241.20 |
| RELATED ENTITY | | | | | | |

Pieces/Pages:  575

| | | | | | | |
|---|---|---|---|---|---|---|
| 8/13/19 | 1215422 | SP | PAUL HASTINGS LLP<br>515 SOUTH FLOWER STREET<br>LOS ANGELES      CA 90071<br>Caller: MINDY MARSHALL<br>Case Number: 13-0919-LPS<br>Documents: FED/SUBP TO TESTIFY 9/17/19 9:00AM<br>Client/Matter: 98263.00004<br>Pieces/Pages:    55 | THOMAS FAULHABER<br>████████████████<br><br>Case Title: ARNDI SARL VS GOOGLE<br>Signed by: RETURNED NON-SERVED | Base Chg  : 295.00<br>PDF/Pages :  68.75 | 363.75 |
| SPECIAL OUT STATE PROCESS | | | | | | |
| 8/13/19 | 1215423 | REL | PAUL HASTINGS LLP<br>515 SOUTH FLOWER STREET<br>LOS ANGELES      CA 90071<br>Caller: MINDY MARSHALL<br>Case Number: 12-1601-LPS<br>Documents: FED/SUBP TO TESTIFY 9/17/19 9:00AM<br>Client/Matter: 98263.00004<br>Pieces/Pages:    56 | THOMAS FAULHABER<br>████████████████<br>███████    ██████<br>Case Title: ARNDI SARL V MOTORLA<br>Signed by: RETURNED NON-SERVED | Base Chg  : 125.00<br>PDF/Pages :  70.00 | 195.00 |
| RELATED ENTITY | | | | | | |

Total ▶          Continued



**INVOICE PAYMENT DUE UPON RECEIPT**



1609 JAMES M. WOOD BLVD | LOS ANGELES | CA 90015

| Invoice # | Customer # |
|---|---|
| 197211 | 200 |
| 8/16/19 | 4,625.33 |
| Invoice Date | Total Invoice |

PAUL HASTINGS LLP
515 SOUTH FLOWER STREET
22nd floor
LOS ANGELES, CA 90071

FOR ANY BILLING INQUIRIES
PLEASE CALL ACCOUNTING AT
(213) 249-9970
TAX ID # ███████

## Cut here and return with payment

| Customer No. | Invoice No. | Period Ending | Amount Due | Page |
|---|---|---|---|---|
| 200 | 197211 | 8/16/19 | 4,625.33 | 5 |

| Date | Control No. | Svc. Type | | | Breakdown | Total |
|---|---|---|---|---|---|---|
| 8/14/19 | 1215712 | SP | PAUL HASTINGS LLP<br>515 SOUTH FLOWER STREET | THOMAS FAULHABER | Base Chg : 295.00<br>PDF/Pages : 68.75<br>Ship/Misc.: 45.00 | |
| SPECIAL OUT STATE PROCESS | | | LOS ANGELES          CA 90071<br>Caller: MINDY MARSHALL<br>Case Number: 13-0919-LPS<br>Documents: FED/SUBP TO TESTIFY 9/17/19 9:00AM<br>Client/Matter: 98263.00004<br>Pieces/Pages:   55 | ████████  █████<br>Case Title: ARNDI SARL VS GOOGLE<br><br>Signed by: THOMAS FAULHABER | | 408.75 |
| 8/14/19 | 1215714 | REL | PAUL HASTINGS LLP<br>515 SOUTH FLOWER STREET | THOMAS FAULHABER | Base Chg : 125.00<br>PDF/Pages : 68.75 | |
| RELATED ENTITY | | | LOS ANGELES          CA 90071<br>Caller: MINDY MARSHALL<br>Case Number: 12-1601-LPS<br>Documents: FED/SUBP TO TESTIFY 9/17/19 9:00AM<br>Client/Matter: 98263.00004<br>Pieces/Pages:   56 | ████  █████<br>Case Title: ARNDI SARL V MOTORLA<br><br>Signed by: THOMAS FAULHABER | | 193.75 |

Total ▶        Continued

   INVOICE  PAYMENT  DUE  UPON  RECEIPT



# NATIONWIDE LEGAL LLC.

1609 JAMES M. WOOD BLVD | LOS ANGELES | CA 90015

| Invoice # | Customer # |
|---|---|
| 198671 | 200 |
| 9/06/19 | 6,953.12 |
| Invoice Date | Total Invoice |

PAUL HASTINGS LLP
515 SOUTH FLOWER STREET
22nd floor
LOS ANGELES, CA 90071

FOR ANY BILLING INQUIRIES
PLEASE CALL ACCOUNTING AT
(213) 249-9970
TAX ID # ███████

## ✂ Cut here and return with payment

| Customer No. | Invoice No. | Period Ending | Amount Due | Page |
|---|---|---|---|---|
| 200 | 198671 | 9/06/19 | 6,953.12 | 2 |

| Date | Control No. | Svc. Type | | | | Breakdown | Total |
|---|---|---|---|---|---|---|---|

| Date | Control No. | Svc. Type | Details | | Breakdown | Total |
|---|---|---|---|---|---|---|
| 9/03/19 | 1219328 | SPP<br>SPECIAL PROCESS | PAUL HASTINGS LLP<br>515 SOUTH FLOWER STREET<br>LOS ANGELES    CA 90071<br>Caller: MINDY MARSHALL<br>Case Number: 13-919-LPS<br>Documents: SUBPOENA;EXHIBT A;  COVER LETTR;AMED COM<br>Client/Matter: 98263.00004<br>Pieces/Pages:    54 | DOUG LICHTMAN<br>████████ ████ ████<br>████<br>Case Title: ARENDI V GOOGLE<br>Signed by: NEW ADDRESS 1219897 | Base Chg  :    127.50<br>PDF/Pages :     27.00<br>Fuel Chrg :      6.04 | 160.54 |
| 9/03/19 | 1219330 | REL<br>RELATED ENTITY | PAUL HASTINGS LLP<br>515 SOUTH FLOWER STREET<br>LOS ANGELES    CA 90071<br>Caller: MINDY MARSHALL<br>Case Number: 12-1601-LPS<br>Documents: SUBPOENA;EXHIBT A;  COVER LETTR;AMED COM<br>Client/Matter: 98263.0004<br>Pieces/Pages:    54 | DOUG LICHTMAN<br>████████ ████ ██<br>████<br>Case Title: ARENDI V MOTOROLA<br>Signed by: NEW ADDRESS 1219898 | Base Chg  :     51.00<br>PDF/Pages :     27.00 | 78.00 |
| 9/03/19 | 1219333 | SP<br>SPECIAL OUT STATE PROCESS | PAUL HASTINGS LLP<br>515 SOUTH FLOWER STREET<br>LOS ANGELES    CA 90071<br>Caller: MINDY MARSHALL<br>Case Number: 13-919-LPS<br>Documents: SUBPOENA;EXHIBT A;  COVER LETTR;AMED COM<br>Client/Matter: 98263.0004<br>Pieces/Pages:    54 | HERBERT LICHTMAN<br>████████ ████<br>Case Title: ARENDI V GOOGLE<br>Signed by: HERBERT LICHTMAN | Base Chg  :    295.00<br>Adv Fees  :     42.00<br>Check Chgs:      4.20<br>PDF/Pages :     67.50<br>Ship/Misc.:     45.00 | 453.70 |

Total ▶ Continued



## NATIONWIDE LEGAL LLC.    INVOICE PAYMENT DUE UPON RECEIPT



# NATIONWIDE LEGAL LLC.

1609 JAMES M. WOOD BLVD | LOS ANGELES | CA 90015

| Invoice # | Customer # |
|---|---|
| 198671 | 200 |
| 9/06/19 | 6,953.12 |
| **Invoice Date** | **Total Invoice** |

PAUL HASTINGS LLP
515 SOUTH FLOWER STREET
22nd floor
LOS ANGELES, CA 90071

FOR ANY BILLING INQUIRIES
PLEASE CALL ACCOUNTING AT
(213) 249-9970
TAX ID # █████████

--- ✂ ----------------------------------- Cut here and return with payment -----------------------------------

| Date | Control No. | Svc. Type | | Customer No. 200 | Invoice No. 198671 | Period Ending 9/06/19 | Amount Due 6,953.12 | Page 3 | | Breakdown | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/03/19 RELATED ENTITY | 1219337 | REL | PAUL HASTINGS LLP 515 SOUTH FLOWER STREET LOS ANGELES    CA 90071 Caller: MINDY MARSHALL Case Number: 12-1601-LPS Documents: SUBPOENA;EXHIBT A; COVER LETTR;AMED COM Client/Matter: 98263.0004 Pieces/Pages:   54 | | | HERBERT LICHTMAN ███████ ███ Case Title: ARENDI V MOTOROLA Signed by: HERBERT LICHTMAN | | | Base Chg  :  125.00 Adv Fees  :   42.00 Check Chgs:    4.20 PDF/Pages :   67.50 | | 238.70 |
| 9/03/19 SPECIAL OUT STATE PROCESS | 1219339 | SP | PAUL HASTINGS LLP 515 SOUTH FLOWER STREET LOS ANGELES    CA 90071 Caller: MINDY MARSHALL Case Number: 13-919-LPS Documents: SUBPOENA;EXHIBT A; COVER LETTR;AMED COM Client/Matter: 98263.0004 Pieces/Pages:   54 | | | DAVID LAX ████████ ███ Case Title: ARENDI V GOOGLE Signed by: SARAH KUZYK, | | | Base Chg  :  295.00 Adv Fees  :   42.00 Check Chgs:    4.20 PDF/Pages :   67.50 Ship/Misc.:   45.00 | | 453.70 |
| 9/03/19 RELATED ENTITY | 1219341 | REL | PAUL HASTINGS LLP 515 SOUTH FLOWER STREET LOS ANGELES    CA 90071 Caller: MINDY MARSHALL Case Number: 12-1601-LPS Documents: SUBPOENA;EXHIBT A; COVER LETTR;AMED COM Client/Matter: 98263.0004 Pieces/Pages:   54 | | | DAVID LAX ████████ ███ Case Title: ARENDI V MOTOROLA Signed by: SARAH KUZYK, | | | Base Chg  :  125.00 Adv Fees  :   42.00 Check Chgs:    4.20 PDF/Pages :   67.50 | | 238.70 |

Total ▶  Continued



# NATIONWIDE LEGAL LLC.

INVOICE PAYMENT DUE UPON RECEIPT



| Invoice # | Customer # |
|---|---|
| 198671 | 200 |
| 9/06/19 | 6,953.12 |
| **Invoice Date** | **Total Invoice** |

# NATIONWIDE LEGAL LLC.

1609 JAMES M. WOOD BLVD | LOS ANGELES | CA 90015

PAUL HASTINGS LLP
515 SOUTH FLOWER STREET
22nd floor
LOS ANGELES, CA 90071

FOR ANY BILLING INQUIRIES
PLEASE CALL ACCOUNTING AT
(213) 249-9970
TAX ID # ▮▮▮▮▮▮▮

### Cut here and return with payment

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Customer No. | Invoice No. | Period Ending | Amount Due | Page |
|---|---|---|---|---|
| 200 | 198671 | 9/06/19 | 6,953.12 | 6 |

| Date | Control No. | Svc. Type | | | | Breakdown | Total |
|---|---|---|---|---|---|---|---|
| 9/05/19 | 1219897 | REL | PAUL HASTINGS LLP<br>515 SOUTH FLOWER STREET<br>LOS ANGELES        CA 90071<br>Caller: MINDY MARSHALL<br>Case Number: 13-919-LPS<br>Documents: SUBPOENA;EXHIBT A;  COVER LETTR;AMED COM<br>Client/Matter: 98263.00004<br>Pieces/Pages:   54 | DOUG LICHTMAN<br>▮▮▮▮▮▮▮▮▮▮▮▮<br>▮▮▮▮▮▮▮▮  ▮▮▮▮<br><br>Case Title: ARENDI V GOOGLE<br>Signed by: DOUG LICHTMAN | Base Chg  :       51.00<br>PDF/Pages :       27.00 | 78.00 |
| RELATED ENTITY | | | | | | | |
| 9/05/19 | 1219898 | SPP | PAUL HASTINGS LLP<br>515 SOUTH FLOWER STREET<br>LOS ANGELES        CA 90071<br>Caller: MINDY MARSHALL<br>Case Number: 12-1601-LPS<br>Documents: SUBPOENA;EXHIBT A;  COVER LETTR;AMED COM<br>Client/Matter: 98263.00004<br>Pieces/Pages:   54 | DOUG LICHTMAN<br>▮▮▮▮▮▮▮▮▮▮E<br>▮▮▮▮▮▮▮▮  ▮▮▮▮<br><br>Case Title: ARENDI V MOTOROLA<br>Signed by: DOUG LICHTMAN | Base Chg  :      127.50<br>PDF/Pages :       27.00<br>Fuel Chrg :        6.30 | 160.80 |
| SPECIAL PROCESS | | | | | | | |

Total ▶ Continued



# NATIONWIDE LEGAL LLC.

1609 JAMES M. WOOD BLVD | LOS ANGELES | CA 90015

| Invoice # | Customer # |
|---|---|
| 199197 | 200 |
| 9/13/19 | 3,982.81 |
| **Invoice Date** | **Total Invoice** |

PAUL HASTINGS LLP
515 SOUTH FLOWER STREET
22nd floor
LOS ANGELES, CA 90071

FOR ANY BILLING INQUIRIES
PLEASE CALL ACCOUNTING AT
(213) 249-9970
TAX ID # ███████

## Cut here and return with payment

| Date | Control No. | Svc. Type | Customer No. | Invoice No. | Period Ending | Amount Due | Page | Breakdown | Total |
|---|---|---|---|---|---|---|---|---|---|
| | | | 200 | 199197 | 9/13/19 | 3,982.81 | 4 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 9/13/19 | 1221742 | SP | PAUL HASTINGS LLP | ANIND DEY | Base Chg : | 295.00 |
| | | | 515 SOUTH FLOWER STREET | | Adv Fees : | 42.00 |
| SPECIAL OUT STATE PROCESS | | | LOS ANGELES    CA 90071 | | Check Chgs: | 4.20 |
| | | | Caller: MINDY MARSHALL | | PDF/Pages : | 68.75 |
| | | | Case Number: 13-919-LPS | Case Title: ARENDI V GOOGLE | Ship/Misc.: | 45.00 | 454.95 |
| | | | Documents: SUBPOENA;EXHIBT A; COVER LETTR;AMED COM | | | |
| | | | Client/Matter: 98263.00004 | Signed by: ANIND DAY | | |
| | | | Pieces/Pages:   55 | | | |

Total ▶ Continued





**NATIONWIDE LEGAL LLC.**

1609 JAMES M. WOOD BLVD | LOS ANGELES | CA 90015

| Invoice # | Customer # |
|---|---|
| 199197 | 200 |
| 9/13/19 | 3,982.81 |
| Invoice Date | Total Invoice |

PAUL HASTINGS LLP
515 SOUTH FLOWER STREET
22nd floor
LOS ANGELES, CA 90071

FOR ANY BILLING INQUIRIES
PLEASE CALL ACCOUNTING AT
(213) 249-9970
TAX ID # ▮▮▮▮▮▮

## Cut here and return with payment

✂ - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Date | Control No. | Svc. Type | Customer No. 200 | Invoice No. 199197 | Period Ending 9/13/19 | Amount Due 3,982.81 | Page 5 | Breakdown | Total |
|---|---|---|---|---|---|---|---|---|---|
| 9/13/19 | 1221745 | REL | PAUL HASTINGS LLP | | ANIND DAY | | | Base Chg : 125.00 | |
| RELATED ENTITY | | | 515 SOUTH FLOWER STREET | | ▮▮▮▮▮ | | | Adv Fees : 42.00 | |
| | | | LOS ANGELES    CA 90071 | | | | | Check Chgs: 4.20 | |
| | | | Caller: MINDY MARSHALL | | | | | PDF/Pages : 70.00 | 241.20 |
| | | | Case Number: 12-1601-LPS | | Case Title: ARENDI V MOTOROLA | | | | |
| | | | Documents: SUBPOENA;EXHIBT A;  COVER LETTR;AMED COM | | | | | | |
| | | | Client/Matter: 98263.00004 | | Signed by: ANIND DAY | | | | |
| | | | Pieces/Pages:    56 | | | | | | |

**Total ▶**  3,982.81



**INVOICE PAYMENT DUE UPON RECEIPT**