# Exhibit D-1

**Schedule D-1: Production Exhibit Stamping Costs**

| Vendor | Invoice # | Invoice Date | Cost |
|---|---|---|---|
| Lighthouse | 108975B | November 30, 2013 | $154.19 |
| Lighthouse | 0109431-IN | December 31, 2013 | $424.15 |
| Parcels | 1015872 | March 31, 2023 | $1,849.92 |
| Parcels | 1020850 | May 3, 2023 | $932.58 |
| | | **TOTAL** | **$3,360.84** |

Invoice - 108975B - Credit Memo 2.0

## Header Information

| | |
|---|---|
| **INVOICE NUMBER** | **BILLING START DATE** |
| 108975B | 11/1/13 |
| **VENDOR** | **BILLING END DATE** |
| Lighthouse Document Technologies (Terminated) | 11/30/13 |
| **INVOICE DATE** | **SUBMITTED TOTAL** |
| 11/30/13 | ███████ |
| **RECEIVED DATE** | **SUBMITTED CURRENCY** |
| 1/31/14 | USD |
| **PROJECT** | **LINE ITEM WARNINGS** |
| 201304963-IPLIT - Arendi (Google) | **28** |
| **POSTING STATUS** | |
| Posted | |
| **WARNING:** | |
| None | |

## Tax Information

| |
|---|
| **TAX TYPE** |
| US |
| **TAX RATE** |
| 0.00 % |

**Discount Calculation:** 0.00%

## Invoice Summary

| Type | Rate x Unit | (-) Discount | (-) Adjustment | Tax | Amount |
|---|---|---|---|---|---|
| Fees | ████ | ████ | ████ | ████ | ████ |
| Expenses | $0.00 | $0.00 | $0.00 | $0.00 | $ 0.00 |
| **Invoice Total (USD)** | ████ | ████ | ████ | ████ | ████ |



| Item | Date | Type | Category | TK | Rate | Units | Disc | Adj | Amt |
|---|---|---|---|---|---|---|---|---|---|
| 20 ⚠ | | | | | | | | | |
| 21 ⚠ | 11/30/13 | Fee | L631 ESI stage, preparation and process | johansen, sally | $120.51 | 1 | $0.00 | $0.00 | $120.51 |
| | **Description:** Native conversion to TIFF/PDF | | | | | | | | |
| ⚠ | | | | | | | | | |
| ⚠ | | | | | | | | | |
| 24 ⚠ | 11/30/13 | Fee | L671 Conversion of ESI to production format | johansen, sally | $125.00 | 0.75 | $0.00 | $0.00 | $93.75 |
| | **Description:** Native export | | | | | | | | |



| Item | Date | Type | Category | TK | Rate | Units | Disc | Adj | Amt |
|------|------|------|----------|-----|------|-------|------|-----|-----|
| 25 ⚠ | 11/30/13 | Fee | L671 Conversion of ESI to production format | johansen, sally | $60.44 | 1 | $0.00 | $0.00 | $60.44 |
| | **Description:** Native export | | | | | | | | |



**Invoice #:**  0109431-IN

925 4th Avenue, Suite 2250 | Seattle WA 98104
206.223.9690 | www.lhediscovery.com
FEIN: ▮▮▮▮▮▮▮

| | |
|---|---|
| **Invoice Date:** | December 31, 2013 |
| **Customer Number:** | 00-GOO |
| **Job Reference:** | |
| **Lighthouse Contact:** | Josh Stellick |

**Bill to:**

GOOGLE INC
Accounts Payable
PO Box 2050
Mountain View     CA     94042

| | |
|---|---|
| **Client Matter Number:** | Arendi S.A.R.L v.Google |
| **Ordered By:** | |
| **Terms:** | Net 15 |

| Description | Unit | Quantity | Amount | Total |
|---|---|---|---|---|
| ▮▮▮▮▮▮▮▮▮▮▮▮ | ▮ | ▮ | ▮ | ▮ |
| ▮▮▮▮▮▮▮▮▮▮▮▮ | ▮ | ▮ | ▮ | ▮ |
| ▮▮▮▮▮▮▮ | ▮ | ▮ | ▮ | ▮ |
| ▮▮▮▮▮▮▮▮ | ▮ | ▮ | ▮ | ▮ |
| ▮▮▮▮▮▮▮▮▮▮ | ▮ | ▮ | ▮ | ▮ |
| ▮▮▮▮▮▮▮▮▮▮ | ▮ | ▮ | ▮ | ▮ |
| ▮▮▮▮▮▮▮▮▮▮ | ▮ | ▮ | ▮ | ▮ |
| ▮▮▮▮▮▮▮▮ | ▮ | ▮ | ▮ | ▮ |
| ▮▮▮▮▮▮▮▮ | ▮ | ▮ | ▮ | ▮ |
| ▮▮▮▮▮▮▮ | ▮ | ▮ | ▮ | ▮ |
| Case Planning & Mgmt: Deliverable Prep | HR | 1.40 | $225.000 | $315.00 |
| ▮▮▮▮▮▮ | ▮ | ▮ | ▮ | ▮ |
| Native conversion to TIFF/PDF | EA | .37 | $295.000 | $109.15 |

| | |
|---|---|
| Net Invoice: | $1,792.90 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | **$1,792.90** |

Lighthouse eDiscovery does not accept responsibility for third party billing.
Past due accounts will be charged interest at the rate of 1.5% per month.

Lighthouse eDiscovery is a registered trade name of Lighthouse Document Technologies, Inc.

# Invoice

| Date | Invoice # | Created From |
|---|---|---|
| | | Sales Order #776758 |
| 3/31/2023 | 1015872 | |

**Customer**

2348 Paul Hastings - Chicago



## Bill To

Paul Hastings - Chicago
191 North Wacker Drive
Thirtieth Floor
Chicago IL 60606
United States

Please Send Payment To:

**Parcels, Inc.**

**P.O. Box 646**
**New Castle, DE 19720**
**United States**
**(302) 658-9926**

For all inquiries regarding your account, please call 302-658-9926 or email, accounting@parcelsinc.com

Please cut here and return top portion with payment. Make checks payable to Parcels, Inc.

-----------------------------------------------------------------------------------------

| Invoice # | Customer | Terms | Payment Due |
|---|---|---|---|
| 1015872 | 2348 Paul Hastings - Chicago | Net 30 | 4/30/2023 |

| Reference#/P.O.# | Date of Job | Time Received | Created From | Date |
|---|---|---|---|---|
| 98263-00004 | 3/23/2023 | 11:44 pm | Sales Order #776758 | 3/31/2023 |

| Contact | Job Detail |
|---|---|
| 2348 Paul Hastings - Chicago : Melissa Failla 555-555-5555 eservices@parcelsinc.com | Endorse exhibits with footer and hand stamp Upload to ShareFile "DTX (Google & Motorola)" |

**Caller**

**Parcels Division**

Production Center

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 796 | Document Number Endorsement | 1.00 | 796.00 |
| 33,464 | Pages Electronically Stamped | 0.03 | 1,003.92 |
| 1 | FTP Delivery | 50.00 | 50.00 |
| | **Total** | | **$1,849.92** |

NOTICE:  Parcels, Inc. ("Parcels") has provided the above-listed services ("Services") pursuant to the instructions of the recipient hereof ("Client").  To the fullest extent permitted under applicable law, Client agrees that Parcels' liability hereunder shall solely be for its own negligence, mistake or omission and the total aggregate liability of Parcels in connection with the provision of the Services shall not exceed the amount of this Invoice.  Client hereby agrees that the aforesaid limitation shall apply to any and all liability or cause of action against Parcels however alleged or arising.  Parcels shall not in any event be liable for any consequential, incidental, special punitive or indirect damages, including loss of profits, revenue, data, use of money or business opportunities, regardless of whether notice has been given or there is an awareness that such damages have been or may be incurred.

# Invoice

| Date | Invoice # | Created From Sales Order #777911 |
|---|---|---|
| 5/3/2023 | 1020850 | |

| Customer |
|---|
| 2348 Paul Hastings - Chicago |



## Bill To

Paul Hastings - Chicago
191 North Wacker Drive
Thirtieth Floor
Chicago IL 60606
United States

Please Send Payment To:

**Parcels, Inc.**
**P.O. Box 646**
**New Castle, DE 19720**
**United States**
**(302) 658-9926**

For all inquiries regarding your account, please call 302-658-9926 or email, accounting@parcelsinc.com

Please cut here and return top portion with payment. Make checks payable to Parcels, Inc.

-----------------------------------------------------------------------------------

| Invoice # | Customer | Terms | Payment Due |
|---|---|---|---|
| 1020850 | 2348 Paul Hastings - Chicago | Net 30 | 6/2/2023 |

| Reference#/P.O.# | Date of Job | Time Received | Created From | Date |
|---|---|---|---|---|
| 98263-00004 | 4/3/2023 | 10:08 am | Sales Order #777911 | 5/3/2023 |

| Contact |
|---|
| 2348 Paul Hastings - Chicago : Melissa Failla 555-555-5555 |
| eservices@parcelsinc.com |

| Caller |
|---|
| |

| Parcels Division |
|---|
| Production Center |

| Job Detail |
|---|
| Endorse exhibits with footer and hand stamp Upload to ShareFile |
| "DTX-0649 - DTX-1137" Google "DTX-2001 - DTX-2134" Motorola |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 338 | Document Number Endorsement | 1.00 | 338.00 |
| 16,486 | Pages Electronically Stamped | 0.03 | 494.58 |
| 2 | FTP Delivery | 50.00 | 100.00 |
| | **Total** | | **$932.58** |

NOTICE: Parcels, Inc. ("Parcels") has provided the above-listed services ("Services") pursuant to the instructions of the recipient hereof ("Client"). To the fullest extent permitted under applicable law, Client agrees that Parcels' liability hereunder shall solely be for its own negligence, mistake or omission and the total aggregate liability of Parcels in connection with the provision of the Services shall not exceed the amount of this Invoice. Client hereby agrees that the aforesaid limitation shall apply to any and all liability or cause of action against Parcels however alleged or arising. Parcels shall not in any event be liable for any consequential, incidental, special punitive or indirect damages, including loss of profits, revenue, data, use of money or business opportunities, regardless of whether notice has been given or there is an awareness that such damages have been or may be incurred.