# Exhibit D-2

███████████████████

**Schedule D-2: Exemplification, Printing and Copying Costs**

| Vendor | Invoice # | Job Date | Cost |
|---|---|---|---|
| Parcels | 1018377 | April 17, 2023 | $5,194.20 |
| Parcels | 1018481 | April 17, 2023 | $277.00 |
| Parcels | 1018574 | April 18, 2023 | $13,254.90 |
| Parcels | 1018488 | April 19, 2023 | $292.70 |
| Parcels | 1018731 | April 19, 2023 | $577.15 |
| Parcels | 1020081 | April 20, 2023 | $264.00 |
| Parcels | 1019344 | April 23, 2023 | $3,271.45 |
| Parcels | 1020265 | April 23, 2023 | $1,488.80 |
| Parcels | 1020065 | April 24, 2023 | $1,303.75 |
| Parcels | 1019794 | April 25, 2023 | $378.70 |
| Parcels | 1020064 | April 25, 2023 | $1,293.00 |
| Parcels | 1020221 | April 26, 2023 | $1,527.40 |
| Parcels | 1021309 | April 30, 2023 | $1,647.45 |
| Parcels | 1021310 | April 30, 2023 | $768.45 |
| | | **TOTAL** | **$31,538.95** |

# Invoice

| Date | Invoice # |
|---|---|
| 4/19/2023 | 1018377 |

**Created From**
Sales Order #779679

**Customer**
2348 Paul Hastings - Chicago



Please Send Payment To:

**Parcels, Inc.**
**P.O. Box 646**
**New Castle, DE 19720**
**United States**
**(302) 658-9926**

For all inquiries regarding your account, please call 302-658-9926 or email, accounting@parcelsinc.com

## Bill To

Paul Hastings - Chicago
191 North Wacker Drive
Thirtieth Floor
Chicago IL 60606
United States

Please cut here and return top portion with payment. Make checks payable to Parcels, Inc.

--------------------------------------------------------------------------------------

| Invoice # | Customer | Terms | Payment Due |
|---|---|---|---|
| 1018377 | 2348 Paul Hastings - Chicago | Net 30 | 5/19/2023 |

| Reference#/P.O.# | Date of Job | Time Received | Created From | Date |
|---|---|---|---|---|
| 98263-00004 | 4/17/2023 | 7:00 pm | Sales Order #779679 | 4/19/2023 |

**Contact**
2348 Paul Hastings - Chicago :
Melissa Failla
312.499.6240

eservices@parcelsinc.com

**Caller**

**Parcels Division**

Production Center

**Job Detail**
Download and blowback from emailed link x3
Insert tabs for exhibits/appendices
Coil bind

"Expert Reports"

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 9,393 | Pages Printed 8.5x11 B&W - Hole Punched Paper | 0.15 | 1,408.95 |
| 4,602 | Pages Printed 8.5x11 Color | 0.75 | 3,451.50 |
| 243 | Tabs | 0.25 | 60.75 |
| 3 | Custom Tabs | 1.00 | 3.00 |
| 54 | Plastic Coil Binding | 5.00 | 270.00 |
| | | **Total** | **$5,194.20** |

NOTICE:  Parcels, Inc. ("Parcels") has provided the above-listed services ("Services") pursuant to the instructions of the recipient hereof ("Client").  To the fullest extent permitted under applicable law, Client agrees that Parcels' liability hereunder shall solely be for its own negligence, mistake or omission and the total aggregate liability of Parcels in connection with the provision of the Services shall not exceed the amount of this Invoice.  Client hereby agrees that the aforesaid limitation shall apply to any and all liability or cause of action against Parcels however alleged or arising.  Parcels shall not in any event be liable for any consequential, incidental, special punitive or indirect damages, including loss of profits, revenue, data, use of money or business opportunities, regardless of whether notice has been given or there is an awareness that such damages have been or may be incurred.

# Invoice



| Date | Invoice # | Created From |
|---|---|---|
| 4/19/2023 | 1018481 | Sales Order #779681 |

**Customer**

2348 Paul Hastings - Chicago

## Bill To

Paul Hastings - Chicago
191 North Wacker Drive
Thirtieth Floor
Chicago IL 60606
United States

Please Send Payment To:

**Parcels, Inc.**
**P.O. Box 646**
**New Castle, DE 19720**
**United States**
**(302) 658-9926**

For all inquiries regarding your account, please call 302-658-9926 or email, accounting@parcelsinc.com

Please cut here and return top portion with payment. Make checks payable to Parcels, Inc.

------------------------------------------------------------------------------------------

| Invoice # | Customer | Terms | Payment Due |
|---|---|---|---|
| 1018481 | 2348 Paul Hastings - Chicago | Net 30 | 5/19/2023 |

| Reference#/P.O.# | Date of Job | Time Received | Created From | Date |
|---|---|---|---|---|
| 98263-00004 | 4/17/2023 | 8:55 pm | Sales Order #779681 | 4/19/2023 |

**Contact**

3554 Paul Hastings - SD :
Katherine Ringel
555-555-5555

**Caller**

**Parcels Division**

Production Center

**Job Detail**

Download and blowback from ftp link x1
Insert generic tabs
Coil bind per transcript

"Deposition Transcripts"

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1,030 | Pages Printed 8.5x11 B&W - Hole Punched Paper | 0.15 | 154.50 |
| 99 | Pages Printed 8.5x11 Color | 0.75 | 74.25 |
| 53 | Tabs | 0.25 | 13.25 |
| 7 | Plastic Coil Binding | 5.00 | 35.00 |
| | | **Total** | **$277.00** |

NOTICE: Parcels, Inc. ("Parcels") has provided the above-listed services ("Services") pursuant to the instructions of the recipient hereof ("Client"). To the fullest extent permitted under applicable law, Client agrees that Parcels' liability hereunder shall solely be for its own negligence, mistake or omission and the total aggregate liability of Parcels in connection with the provision of the Services shall not exceed the amount of this Invoice. Client hereby agrees that the aforesaid limitation shall apply to any and all liability or cause of action against Parcels however alleged or arising. Parcels shall not in any event be liable for any consequential, incidental, special punitive or indirect damages, including loss of profits, revenue, data, use of money or business opportunities, regardless of whether notice has been given or there is an awareness that such damages have been or may be incurred.

# Invoice



| Date | Invoice # | Created From |
|---|---|---|
| 4/20/2023 | 1018574 | Sales Order #779864 |

**Customer**

2348 Paul Hastings - Chicago

## Bill To

Paul Hastings - Chicago
191 North Wacker Drive
Thirtieth Floor
Chicago IL 60606
United States

Please Send Payment To:

**Parcels, Inc.**
**P.O. Box 646**
**New Castle, DE 19720**
**United States**
**(302) 658-9926**

For all inquiries regarding your account, please call 302-658-9926 or email, accounting@parcelsinc.com

Please cut here and return top portion with payment. Make checks payable to Parcels, Inc.

-----------------------------------------------------------------------------------------

| Invoice # | Customer | Terms | Payment Due |
|---|---|---|---|
| 1018574 | 2348 Paul Hastings - Chicago | Net 30 | 5/20/2023 |

| Reference#/P.O.# | Date of Job | Time Received | Created From | Date |
|---|---|---|---|---|
| 98263-00004 | 4/18/2023 | 5:43 pm | Sales Order #779864 | 4/20/2023 |

**Contact**

2348 Paul Hastings - Chicago :
Melissa Failla
555-555-5555

eservices@parcelsinc.com

**Caller**

**Parcels Division**

Production Center

**Job Detail**

Download and blowback documents from provided link x1
Create and insert custom tabs
Insert into WHITE 3"
Create and insert custom covers/spines

"DTX, PX"

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 26,436 | Pages Printed 8.5x11 B&W - Hole Punched Paper | 0.15 | 3,965.40 |
| 10,266 | Pages Printed 8.5x11 Color | 0.75 | 7,699.50 |
| 1,080 | Custom Tabs | 1.00 | 1,080.00 |
| 30 | 3" (3-Ring Binder w/ Label Holder/Plain or Clear View) | 15.00 | 450.00 |
| 60 | Custom Insert/Spine | 1.00 | 60.00 |
| | | **Total** | **$13,254.90** |

NOTICE:  Parcels, Inc. ("Parcels") has provided the above-listed services ("Services") pursuant to the instructions of the recipient hereof ("Client").  To the fullest extent permitted under applicable law, Client agrees that Parcels' liability hereunder shall solely be for its own negligence, mistake or omission and the total aggregate liability of Parcels in connection with the provision of the Services shall not exceed the amount of this Invoice.  Client hereby agrees that the aforesaid limitation shall apply to any and all liability or cause of action against Parcels however alleged or arising.  Parcels shall not in any event be liable for any consequential, incidental, special punitive or indirect damages, including loss of profits, revenue, data, use of money or business opportunities, regardless of whether notice has been given or there is an awareness that such damages have been or may be incurred.

# Invoice



| Date | Invoice # | Created From |
|---|---|---|
| 4/19/2023 | 1018488 | Sales Order #779912 |

**Customer**

2348 Paul Hastings - Chicago

## Bill To

Paul Hastings - Chicago
191 North Wacker Drive
Thirtieth Floor
Chicago IL 60606
United States

Please Send Payment To:

**Parcels, Inc.**

**P.O. Box 646**
**New Castle, DE 19720**
**United States**
**(302) 658-9926**

For all inquiries regarding your account, please call 302-658-9926 or email, accounting@parcelsinc.com

Please cut here and return top portion with payment. Make checks payable to Parcels, Inc.

-------------------------------------------------------------------------------------

| Invoice # | Customer | | Terms | Payment Due |
|---|---|---|---|---|
| 1018488 | 2348 Paul Hastings - Chicago | | Net 30 | 5/19/2023 |

| Reference#/P.O.# | Date of Job | Time Received | Created From | Date |
|---|---|---|---|---|
| 98263-00004 | 4/19/2023 | 9:37 am | Sales Order #779912 | 4/19/2023 |

**Contact**

2348 Paul Hastings - Chicago :
Melissa Failla
555-555-5555

eservices@parcelsinc.com

**Caller**

**Parcels Division**

Production Center

**Job Detail**

Blowback x 2 and x 1 d/s color for color
Insert custom tabs
Coil bind

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 998 | Pages Printed 8.5x11 B&W - Hole Punched Paper | 0.15 | 149.70 |
| 112 | Pages Printed 8.5x11 Color | 0.75 | 84.00 |
| 44 | Custom Tabs | 1.00 | 44.00 |
| 3 | Plastic Coil Binding | 5.00 | 15.00 |
| | | **Total** | **$292.70** |

NOTICE: Parcels, Inc. ("Parcels") has provided the above-listed services ("Services") pursuant to the instructions of the recipient hereof ("Client"). To the fullest extent permitted under applicable law, Client agrees that Parcels' liability hereunder shall solely be for its own negligence, mistake or omission and the total aggregate liability of Parcels in connection with the provision of the Services shall not exceed the amount of this Invoice. Client hereby agrees that the aforesaid limitation shall apply to any and all liability or cause of action against Parcels however alleged or arising. Parcels shall not in any event be liable for any consequential, incidental, special punitive or indirect damages, including loss of profits, revenue, data, use of money or business opportunities, regardless of whether notice has been given or there is an awareness that such damages have been or may be incurred.

# Invoice



| Date | Invoice # | Created From |
|---|---|---|
| 4/20/2023 | 1018731 | Sales Order #780016 |

**Customer**

2348 Paul Hastings - Chicago

## Bill To

Paul Hastings - Chicago
191 North Wacker Drive
Thirtieth Floor
Chicago IL 60606
United States

Please cut here and return top portion with payment. Make checks payable to Parcels, Inc.

Please Send Payment To:

**Parcels, Inc.**
**P.O. Box 646**
**New Castle, DE 19720**
**United States**
**(302) 658-9926**

For all inquiries regarding your account, please call 302-658-9926 or email, accounting@parcelsinc.com

-------------------------------------------------------------------------------------------

| Invoice # | Customer | | Terms | Payment Due |
|---|---|---|---|---|
| 1018731 | 2348 Paul Hastings - Chicago | | Net 30 | 5/20/2023 |

| Reference#/P.O.# | Date of Job | Time Received | Created From | Date |
|---|---|---|---|---|
| 98263-00004 | 4/19/2023 | 9:26 pm | Sales Order #780016 | 4/20/2023 |

**Contact**

3554 Paul Hastings - SD :
Katherine Ringel
858 458 2054

**Caller**

**Parcels Division**

Production Center

**Job Detail**

Download and blowback x1
Insert number tabs
Create and insert custom tabs
Insert into binders with covers/spines

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 3,166 | Pages Printed 8.5x11 B&W - Hole Punched Paper | 0.15 | 474.90 |
| 17 | Tabs | 0.25 | 4.25 |
| 38 | Custom Tabs | 1.00 | 38.00 |
| 2 | 1" (3-Ring Binder w/ Label Holder/Plain or Clear View) | 8.00 | 16.00 |
| 2 | 4" (3-Ring Binder w/ Label Holder/Plain or Clear View) | 18.00 | 36.00 |
| 8 | Custom Insert/Spine | 1.00 | 8.00 |
| | **Total** | | **$577.15** |

NOTICE: Parcels, Inc. ("Parcels") has provided the above-listed services ("Services") pursuant to the instructions of the recipient hereof ("Client"). To the fullest extent permitted under applicable law, Client agrees that Parcels' liability hereunder shall solely be for its own negligence, mistake or omission and the total aggregate liability of Parcels in connection with the provision of the Services shall not exceed the amount of this Invoice. Client hereby agrees that the aforesaid limitation shall apply to any and all liability or cause of action against Parcels however alleged or arising. Parcels shall not in any event be liable for any consequential, incidental, special punitive or indirect damages, including loss of profits, revenue, data, use of money or business opportunities, regardless of whether notice has been given or there is an awareness that such damages have been or may be incurred.

# Invoice



| Date | Invoice # | Created From |
|---|---|---|
| 4/28/2023 | 1020081 | Sales Order #780152 |

**Customer**

2348 Paul Hastings - Chicago

## Bill To

Paul Hastings - Chicago
191 North Wacker Drive
Thirtieth Floor
Chicago IL 60606
United States

Please Send Payment To:

**Parcels, Inc.**

**P.O. Box 646**
**New Castle, DE 19720**
**United States**
**(302) 658-9926**

For all inquiries regarding your account, please call 302-658-9926 or email, accounting@parcelsinc.com

Please cut here and return top portion with payment. Make checks payable to Parcels, Inc.

-----------------------------------------------------------------------------------------

| Invoice # | Customer | Terms | Payment Due |
|---|---|---|---|
| 1020081 | 2348 Paul Hastings - Chicago | Net 30 | 5/28/2023 |

| Reference#/P.O.# | Date of Job | Time Received | Created From | Date |
|---|---|---|---|---|
| 98263-00004 | 4/20/2023 | 8:34 pm | Sales Order #780152 | 4/28/2023 |

**Contact**

3554 Paul Hastings - SD :
Katherine Ringel
858 458 3000

**Caller**

**Parcels Division**

Production Center

**Job Detail**

Download and blowback from emailed link x2
Create and insert custom tabs
Coil bind

"Pretrial Order"

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 920 | Pages Printed 8.5x11 B&W - Hole Punched Paper | 0.15 | 138.00 |
| 112 | Pages Printed 8.5x11 Color | 0.75 | 84.00 |
| 32 | Custom Tabs | 1.00 | 32.00 |
| 2 | Plastic Coil Binding | 5.00 | 10.00 |
| | | **Total** | **$264.00** |

NOTICE:  Parcels, Inc. ("Parcels") has provided the above-listed services ("Services") pursuant to the instructions of the recipient hereof ("Client").  To the fullest extent permitted under applicable law, Client agrees that Parcels' liability hereunder shall solely be for its own negligence, mistake or omission and the total aggregate liability of Parcels in connection with the provision of the Services shall not exceed the amount of this Invoice.  Client hereby agrees that the aforesaid limitation shall apply to any and all liability or cause of action against Parcels however alleged or arising.  Parcels shall not in any event be liable for any consequential, incidental, special punitive or indirect damages, including loss of profits, revenue, data, use of money or business opportunities, regardless of whether notice has been given or there is an awareness that such damages have been or may be incurred.

# Invoice

| Date | Invoice # | Created From |
|---|---|---|
| 4/25/2023 | 1019344 | Sales Order #780365 |

**Customer**

2348 Paul Hastings - Chicago



## Bill To

Paul Hastings - Chicago
191 North Wacker Drive
Thirtieth Floor
Chicago IL 60606
United States

Please Send Payment To:

**Parcels, Inc.**
**P.O. Box 646**
**New Castle, DE 19720**
**United States**
**(302) 658-9926**

For all inquiries regarding your account, please call 302-658-9926 or email, accounting@parcelsinc.com

Please cut here and return top portion with payment. Make checks payable to Parcels, Inc.

-------------------------------------------------------------------------------------

| Invoice # | Customer | Terms | Payment Due |
|---|---|---|---|
| 1019344 | 2348 Paul Hastings - Chicago | Net 30 | 5/25/2023 |

| Reference#/P.O.# | Date of Job | Time Received | Created From | Date |
|---|---|---|---|---|
| 98263-00004 | 4/23/2023 | 11:36 pm | Sales Order #780365 | 4/25/2023 |

**Contact**

2348 Paul Hastings - Chicago : Melissa Failla
555-555-5555

eservices@parcelsinc.com

**Caller**

Katherine Ringel

**Parcels Division**

Production Center

**Job Detail**

Download and blowback from ftp link x7
Create custom tabs
Place in binders with cover/spine

"Smedley Cross"

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 3,668 | Pages Printed 8.5x11 B&W - Hole Punched Paper | 0.15 | 550.20 |
| 3,423 | Pages Printed 8.5x11 Color | 0.75 | 2,567.25 |
| 35 | Custom Tabs | 1.00 | 35.00 |
| 7 | 3" (3-Ring Binder w/ Label Holder/Plain or Clear View) | 15.00 | 105.00 |
| 14 | Custom Insert/Spine | 1.00 | 14.00 |
| | | **Total** | **$3,271.45** |

NOTICE:  Parcels, Inc. ("Parcels") has provided the above-listed services ("Services") pursuant to the instructions of the recipient hereof ("Client").  To the fullest extent permitted under applicable law, Client agrees that Parcels' liability hereunder shall solely be for its own negligence, mistake or omission and the total aggregate liability of Parcels in connection with the provision of the Services shall not exceed the amount of this Invoice.  Client hereby agrees that the aforesaid limitation shall apply to any and all liability or cause of action against Parcels however alleged or arising.  Parcels shall not in any event be liable for any consequential, incidental, special punitive or indirect damages, including loss of profits, revenue, data, use of money or business opportunities, regardless of whether notice has been given or there is an awareness that such damages have been or may be incurred.

# Invoice



| Date | Invoice # | Created From |
|---|---|---|
| 4/28/2023 | 1020265 | Sales Order #780351 |

**Customer**

2348 Paul Hastings - Chicago

## Bill To

Paul Hastings - Chicago
191 North Wacker Drive
Thirtieth Floor
Chicago IL 60606
United States

Please Send Payment To:

**Parcels, Inc.**
**P.O. Box 646**
**New Castle, DE 19720**
**United States**
**(302) 658-9926**

For all inquiries regarding your account, please call 302-658-9926 or email, accounting@parcelsinc.com

Please cut here and return top portion with payment. Make checks payable to Parcels, Inc.

------------------------------------------------------------------------------------

| Invoice # | Customer | | Terms | Payment Due |
|---|---|---|---|---|
| 1020265 | 2348 Paul Hastings - Chicago | | Net 30 | 5/28/2023 |

| Reference#/P.O.# | Date of Job | Time Received | Created From | Date |
|---|---|---|---|---|
| 98263-00004 | 4/23/2023 | 9:26 pm | Sales Order #780351 | 4/28/2023 |

**Contact**

3554 Paul Hastings - SD :
Katherine Ringel
858 458 2054

**Caller**

**Parcels Division**

Production Center

**Job Detail**

Blowback x7 from client FTP
Insert custom tabs
Insert into binders with covers/spines

Blowback x2 each depo of Atle Hedloy
Coil bind

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 8,612 | Pages Printed 8.5x11 B&W - Hole Punched Paper | 0.15 | 1,291.80 |
| 49 | Custom Tabs | 1.00 | 49.00 |
| 14 | Custom Insert/Spine | 1.00 | 14.00 |
| 7 | 2" (3-Ring Binder w/ Label Holder/Plain or Clear View) | 12.00 | 84.00 |
| 10 | Plastic Coil Binding | 5.00 | 50.00 |
| | **Total** | | **$1,488.80** |

NOTICE:  Parcels, Inc. ("Parcels") has provided the above-listed services ("Services") pursuant to the instructions of the recipient hereof ("Client").  To the fullest extent permitted under applicable law, Client agrees that Parcels' liability hereunder shall solely be for its own negligence, mistake or omission and the total aggregate liability of Parcels in connection with the provision of the Services shall not exceed the amount of this Invoice.  Client hereby agrees that the aforesaid limitation shall apply to any and all liability or cause of action against Parcels however alleged or arising.  Parcels shall not in any event be liable for any consequential, incidental, special punitive or indirect damages, including loss of profits, revenue, data, use of money or business opportunities, regardless of whether notice has been given or there is an awareness that such damages have been or may be incurred.

# Invoice



| Date | Invoice # | Created From |
|---|---|---|
| 4/28/2023 | 1020065 | Sales Order #780582 |

**Customer**

2348 Paul Hastings - Chicago

## Bill To

Paul Hastings - Chicago
191 North Wacker Drive
Thirtieth Floor
Chicago IL 60606
United States

Please Send Payment To:

**Parcels, Inc.**
**P.O. Box 646**
**New Castle, DE 19720**
**United States**
**(302) 658-9926**

For all inquiries regarding your account, please call 302-658-9926 or email, accounting@parcelsinc.com

Please cut here and return top portion with payment. Make checks payable to Parcels, Inc.

-----------------------------------------------------------------------------------------

| Invoice # | Customer | Terms | Payment Due |
|---|---|---|---|
| 1020065 | 2348 Paul Hastings - Chicago | Net 30 | 5/28/2023 |

| Reference#/P.O.# | Date of Job | Time Received | Created From | Date |
|---|---|---|---|---|
| 98263-00004 | 4/24/2023 | 10:14 pm | Sales Order #780582 | 4/28/2023 |

**Contact**

3554 Paul Hastings - SD :
Katherine Ringel

**Caller**

**Parcels Division**

Production Center

**Job Detail**

Download and blowback from ftp link x7
Create custom tabs
Place in WHITE binders with cover/spine

"Elbouchikhi Direct/Weinstein Cross"

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 210 | Pages Printed 8.5x11 B&W - Hole Punched Paper | 0.15 | 31.50 |
| 1,407 | Pages Printed 8.5x11 Color | 0.75 | 1,055.25 |
| 7 | 1" (3-Ring Binder w/ Label Holder/Plain or Clear View) | 8.00 | 56.00 |
| 7 | 1/2" (3-Ring Binder w/ Label Holder/Plain or Clear View) | 5.00 | 35.00 |
| 98 | Custom Tabs | 1.00 | 98.00 |
| 28 | Custom Insert/Spine | 1.00 | 28.00 |
| | **Total** | | **$1,303.75** |

NOTICE: Parcels, Inc. ("Parcels") has provided the above-listed services ("Services") pursuant to the instructions of the recipient hereof ("Client"). To the fullest extent permitted under applicable law, Client agrees that Parcels' liability hereunder shall solely be for its own negligence, mistake or omission and the total aggregate liability of Parcels in connection with the provision of the Services shall not exceed the amount of this Invoice. Client hereby agrees that the aforesaid limitation shall apply to any and all liability or cause of action against Parcels however alleged or arising. Parcels shall not in any event be liable for any consequential, incidental, special punitive or indirect damages, including loss of profits, revenue, data, use of money or business opportunities, regardless of whether notice has been given or there is an awareness that such damages have been or may be incurred.

# Invoice

| Date | Invoice # | Created From |
|---|---|---|
| | | Sales Order #780774 |
| 4/27/2023 | 1019794 | |



**Customer**

2348 Paul Hastings - Chicago

## Bill To

Paul Hastings - Chicago
191 North Wacker Drive
Thirtieth Floor
Chicago IL 60606
United States

Please Send Payment To:

**Parcels, Inc.**
**P.O. Box 646**
**New Castle, DE 19720**
**United States**
**(302) 658-9926**

For all inquiries regarding your account, please call 302-658-9926 or email, accounting@parcelsinc.com

Please cut here and return top portion with payment. Make checks payable to Parcels, Inc.

-------------------------------------------------------------------------------------------

| Invoice # | Customer | Terms | Payment Due |
|---|---|---|---|
| 1019794 | 2348 Paul Hastings - Chicago | Net 30 | 5/27/2023 |

| Reference#/P.O.# | Date of Job | Time Received | Created From | Date |
|---|---|---|---|---|
| 98263-00004 | 4/25/2023 | 10:36 pm | Sales Order #780774 | 4/27/2023 |

**Contact**

2348 Paul Hastings - Chicago :
Melissa Failla
555-555-5555

eservices@parcelsinc.com

**Caller**

Katherine Ringel

**Parcels Division**

Production Center

**Job Detail**

Download and blowback documents from provided link x7
Create and insert custom tabs
Insert into binders
Create and insert custom covers/spines

"Toki Direct"

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 203 | Pages Printed 8.5x11 B&W - Hole Punched Paper | 0.15 | 30.45 |
| 343 | Pages Printed 8.5x11 Color | 0.75 | 257.25 |
| 42 | Custom Tabs | 1.00 | 42.00 |
| 7 | 1/2" (3-Ring Binder w/ Label Holder/Plain or Clear View) | 5.00 | 35.00 |
| 14 | Custom Insert/Spine | 1.00 | 14.00 |
| | **Total** | | **$378.70** |

NOTICE: Parcels, Inc. ("Parcels") has provided the above-listed services ("Services") pursuant to the instructions of the recipient hereof ("Client"). To the fullest extent permitted under applicable law, Client agrees that Parcels' liability hereunder shall solely be for its own negligence, mistake or omission and the total aggregate liability of Parcels in connection with the provision of the Services shall not exceed the Amount of this Invoice. Client hereby agrees that the aforesaid limitation shall apply to any and all liability or cause of action against Parcels however alleged or arising. Parcels shall not in any event be liable for any consequential, incidental, special punitive or indirect damages, including loss of profits, revenue, data, use of money or business opportunities, regardless of whether notice has been given or there is an awareness that such damages have been or may be incurred.

# Invoice

| Date | Invoice # | Created From |
|---|---|---|
| 4/28/2023 | 1020064 | Sales Order #780776 |

| Customer |
|---|
| 2348 Paul Hastings - Chicago |

 Parcels

## Bill To

Paul Hastings - Chicago
191 North Wacker Drive
Thirtieth Floor
Chicago IL 60606
United States

Please Send Payment To:

**Parcels, Inc.**
**P.O. Box 646**
**New Castle, DE 19720**
**United States**
**(302) 658-9926**

For all inquiries regarding your account, please call 302-658-9926 or email, accounting@parcelsinc.com

Please cut here and return top portion with payment. Make checks payable to Parcels, Inc.

------------------------------------------------------------------------------------------

| Invoice # | Customer | Terms | Payment Due |
|---|---|---|---|
| 1020064 | 2348 Paul Hastings - Chicago | Net 30 | 5/28/2023 |

| Reference#/P.O.# | Date of Job | Time Received | Created From | Date |
|---|---|---|---|---|
| 98263-00004 | 4/25/2023 | 11:17 pm | Sales Order #780776 | 4/28/2023 |

| Contact |
|---|
| 3554 Paul Hastings - SD : Katherine Ringel 858.458.2054 |

| Caller |
|---|
| |

| Parcels Division |
|---|
| Production Center |

**Job Detail**

Download and blowback from emailed link x6
Insert into white binders with cover/spine

"Depo Designations"

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1,644 | Pages Printed 8.5x11 Color | 0.75 | 1,233.00 |
| 6 | 1" (3-Ring Binder w/ Label Holder/Plain or Clear View) | 8.00 | 48.00 |
| 12 | Custom Insert/Spine | 1.00 | 12.00 |
| | | **Total** | **$1,293.00** |

NOTICE: Parcels, Inc. ("Parcels") has provided the above-listed services ("Services") pursuant to the instructions of the recipient hereof ("Client"). To the fullest extent permitted under applicable law, Client agrees that Parcels' liability hereunder shall solely be for its own negligence, mistake or omission and the total aggregate liability of Parcels in connection with the provision of the Services shall not exceed the amount of this Invoice. Client hereby agrees that the aforesaid limitation shall apply to any and all liability or cause of action against Parcels however alleged or arising. Parcels shall not in any event be liable for any consequential, incidental, special punitive or indirect damages, including loss of profits, revenue, data, use of money or business opportunities, regardless of whether notice has been given or there is an awareness that such damages have been or may be incurred.

# Invoice



| Date | Invoice # | Created From |
|---|---|---|
| 4/28/2023 | 1020221 | Sales Order #780968 |

**Customer**

2348 Paul Hastings - Chicago

### Bill To

Paul Hastings - Chicago
191 North Wacker Drive
Thirtieth Floor
Chicago IL 60606
United States

Please cut here and return top portion with payment. Make checks payable to Parcels, Inc.

Please Send Payment To:

**Parcels, Inc.**
**P.O. Box 646**
**New Castle, DE 19720**
**United States**
**(302) 658-9926**

For all inquiries regarding your account, please call 302-658-9926 or email, accounting@parcelsinc.com

------------------------------------------------------------------------------------------

| Invoice # | Customer | Terms | Payment Due |
|---|---|---|---|
| 1020221 | 2348 Paul Hastings - Chicago | Net 30 | 5/28/2023 |

| Reference#/P.O.# | Date of Job | Time Received | Created From | Date |
|---|---|---|---|---|
| 98263-00004 | 4/26/2023 | 11:31 pm | Sales Order #780968 | 4/28/2023 |

**Contact**

3554 Paul Hastings - SD :
Katherine Ringel
858 458 2054

**Caller**

**Parcels Division**

Production Center

**Job Detail**

Download and blowback x7 from shared link
Insert custom tabs
Insert into binders w/ covers/spines

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 336 | Pages Printed 8.5x11 B&W - Hole Punched Paper | 0.15 | 50.40 |
| 1,624 | Pages Printed 8.5x11 Color | 0.75 | 1,218.00 |
| 63 | Custom Tabs | 1.00 | 63.00 |
| 28 | 1/2" (3-Ring Binder w/ Label Holder/Plain or Clear View) | 5.00 | 140.00 |
| 56 | Custom Insert/Spine | 1.00 | 56.00 |
| | **Total** | | **$1,527.40** |

NOTICE: Parcels, Inc. ("Parcels") has provided the above-listed services ("Services") pursuant to the instructions of the recipient hereof ("Client"). To the fullest extent permitted under applicable law, Client agrees that Parcels' liability hereunder shall solely be for its own negligence, mistake or omission and the total aggregate liability of Parcels in connection with the provision of the Services shall not exceed the amount of this Invoice. Client hereby agrees that the aforesaid limitation shall apply to any and all liability or cause of action against Parcels however alleged or arising. Parcels shall not in any event be liable for any consequential, incidental, special punitive or indirect damages, including loss of profits, revenue, data, use of money or business opportunities, regardless of whether notice has been given or there is an awareness that such damages have been or may be incurred.

# Invoice



| Date | Invoice # | Created From<br>Sales Order #781433 |
|---|---|---|
| 5/5/2023 | 1021309 | |

**Customer**

2348 Paul Hastings - Chicago

## Bill To

Paul Hastings - Chicago
191 North Wacker Drive
Thirtieth Floor
Chicago IL 60606
United States

Please Send Payment To:

**Parcels, Inc.**
**P.O. Box 646**
**New Castle, DE 19720**
**United States**
**(302) 658-9926**

For all inquiries regarding your account,
please call 302-658-9926 or email,
accounting@parcelsinc.com

Please cut here and return top portion with payment. Make checks payable to Parcels, Inc.

-----------------------------------------------------------------------------------------

| Invoice # | Customer | | Terms | Payment Due |
|---|---|---|---|---|
| 1021309 | 2348 Paul Hastings - Chicago | | Net 30 | 6/4/2023 |

| Reference#/P.O.# | Date of Job | Time Received | Created From | Date |
|---|---|---|---|---|
| 98263-00004 | 4/30/2023 | 8:43 pm | Sales Order #781433 | 5/5/2023 |

**Contact**

3554 Paul Hastings - SD :
Katherine Ringel
858.458.2054

**Caller**

**Parcels Division**

Production Center

**Job Detail**

Download and blowback from emailed link x7
Create and insert custom tabs
Insert into binders with cover/spine

"Sacerdoti Cross Binder, Fox Direct Binder (DTX-0002), Fox Direct Binder (DTX-0925)"

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 8,218 | Pages Printed 8.5x11 B&W - Hole Punched Paper | 0.15 | 1,232.70 |
| 245 | Pages Printed 8.5x11 Color | 0.75 | 183.75 |
| 63 | Custom Tabs | 1.00 | 63.00 |
| 7 | 1" (3-Ring Binder w/ Label Holder/Plain or Clear View) | 8.00 | 56.00 |
| 7 | 1 1/2" (3-Ring Binder w/ Label Holder/Plain or Clear View) | 10.00 | 70.00 |
| 42 | Custom Insert/Spine | 1.00 | 42.00 |
| | **Total** | | **$1,647.45** |

NOTICE: Parcels, Inc. ("Parcels") has provided the above-listed services ("Services") pursuant to the instructions of the recipient hereof ("Client"). To the fullest extent permitted under applicable law, Client agrees that Parcels' liability hereunder shall solely be for its own negligence, mistake or omission and the total aggregate liability of Parcels in connection with the provision of the Services shall not exceed the amount of this Invoice. Client hereby agrees that the aforesaid limitation shall apply to any and all liability or cause of action against Parcels however alleged or arising. Parcels shall not in any event be liable for any consequential, incidental, special punitive or indirect damages, including loss of profits, revenue, data, use of money or business opportunities, regardless of whether notice has been given or there is an awareness that such damages have been or may be incurred.

# Invoice

| Date | Invoice # | Created From |
|---|---|---|
| | | Sales Order #781434 |
| 5/5/2023 | 1021310 | |



| Customer |
|---|
| 2348 Paul Hastings - Chicago |

## Bill To

Paul Hastings - Chicago
191 North Wacker Drive
Thirtieth Floor
Chicago IL 60606
United States

Please Send Payment To:

**Parcels, Inc.**
**P.O. Box 646**
**New Castle, DE 19720**
**United States**
**(302) 658-9926**

For all inquiries regarding your account, please call 302-658-9926 or email, accounting@parcelsinc.com

Please cut here and return top portion with payment. Make checks payable to Parcels, Inc.

-----------------------------------------------------------------------------------------

| Invoice # | Customer | | Terms | Payment Due |
|---|---|---|---|---|
| 1021310 | 2348 Paul Hastings - Chicago | | Net 30 | 6/4/2023 |

| Reference#/P.O.# | Date of Job | Time Received | Created From | Date |
|---|---|---|---|---|
| 98263-00004 | 4/30/2023 | 10:32 pm | Sales Order #781434 | 5/5/2023 |

| Contact | Job Detail |
|---|---|
| 3554 Paul Hastings - SD : Katherine Ringel 858.458.2054 | Download and blowback from emailed link x7<br>Create and insert custom tabs<br>Insert into binders with cover/spine<br><br>"Kidder Direct Binder"<br><br>Download and blowback from emailed link x3<br>Insert exhibit tabs<br>Coil bind<br><br>"Kidder Expert Reports" |

**Caller**

**Parcels Division**

Production Center

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 778 | Pages Printed 8.5x11 B&W - Hole Punched Paper | 0.15 | 116.70 |
| 641 | Pages Printed 8.5x11 Color | 0.75 | 480.75 |
| 56 | Custom Tabs | 1.00 | 56.00 |
| 60 | Tabs | 0.25 | 15.00 |
| 7 | 1" (3-Ring Binder w/ Label Holder/Plain or Clear View) | 8.00 | 56.00 |
| 14 | Custom Insert/Spine | 1.00 | 14.00 |
| 6 | Plastic Coil Binding | 5.00 | 30.00 |

| | **Total** | **$768.45** |
|---|---|---|

NOTICE: Parcels, Inc. ("Parcels") has provided the above-listed services ("Services") pursuant to the instructions of the recipient hereof ("Client"). To the fullest extent permitted under applicable law, Client agrees that Parcels' liability hereunder shall solely be for its own negligence, mistake or omission and the total aggregate liability of Parcels in connection with the provision of the Services shall not exceed the amount of this Invoice. Client hereby agrees that the aforesaid limitation shall apply to any and all liability or cause of action against Parcels however alleged or arising. Parcels shall not in any event be liable for any consequential, incidental, special punitive or indirect damages, including loss of profits, revenue, data, use of money or business opportunities, regardless of whether notice has been given or there is an awareness that such damages have been or may be incurred.